*updated defendants list*

*Case NO. 4-25CV-806-P*
*Anila Chintagunta vs. Texas College of Osteopathic Medicine*

*Anila's Med School Lawsuit*

<u>Texas College of Osteopathic Medicine</u>

Street Address: 3500 Camp Bowie Blvd.
City and County: Fort Worth, Tarrant County
State and Zip Code: Texas, 76107
Telephone Number: (817) 735-2000

*JUL 30 2025 PM 1:30*
*FILED-USDC-NDTX-FW*
*MW*

Names
1. Lisa Nash
   - Title: Dean
   - Email: Lisa.Nash@unthsc.edu
2. Ryan Seals
   - Title: Senior Associate Dean, Academic Affairs
   - Email: Ryan.Seals@unthsc.edu
3. Katy Kemp
   - Title: Executive Director of Clinical Education
   - Email: Katy.Kemp@unthsc.edu
4. Clifton Cage
   - Title: retired, former Academic Advisor
   - Email: A.Cage@unthsc.edu
5. David Deshan
   - Title: Assistant Professor, Midland Clinical Site Coordinator
   - Email: David.Deshan@unthsc.edu
6. Demequa Moore
   - Title: Clerkship Director, Obstetrics and Gynecology
   - Email: Demequa.Moore@unthsc.edu
7. Carolyn Anderson
   - Title: Clerkship Coordinator, Obstetrics and Gynecology
   - Email: Carolyn.Anderson@unthsc.edu
8. John Gibson
   - Title: retired, Assistant Dean of Rural Medical Education
   - Email: John.Gibson@unthsc.edu
9. James Haliburton
   - Title: Clerkship Director, Psychiatry
   - Email: James.Haliburton@unthsc.edu
10. Scott Ewing
    - Title: Clerkship Director, Internal Medicine
    - Email: Scott.Ewing@unthsc.edu
11. Loren Rowland
    - Title: Clerkship Coordinator, Internal Medicine
    - Email: Loren.Rowland@unthsc.edu
12. Pam Pleasant
    - Title: Learning Specialist
    - Email: Pam.Pleasant@unthsc.edu
13. David Mason
    - Title: Assistant Dean of Osteopathic Clinical Education
    - Email: David.Mason@unthsc.edu
14. Curtis Galke
    - Title: Chairman of Family Medicine
    - Email: Curtis.Galke@unthsc.edu
15. Rynn Ziller
    - Title: Assistant Dean of TCOM Medical Student Success
    - Email: Rynn.Ziller@unthsc.edu
16. Cassie Ardry
    - Title: Director of Career Readiness Center
    - Email: Cassie.Ardry@unthsc.edu
17. Brandie Wiley
    - Title: Director of Disability Access
    - Email: Brandie.Wiley@unthsc.edu
18. Dana Blanton
    - Title: Executive Director of Osteopathic Clinical Education
    - Email: Dana.Blanton@unthsc.edu
19. Lauren Goodpaster
    - Title: left school, former Residency Counselor

- Email: Lauren.Goodpaster@unthsc.edu
20. Melva Landrum
    - Title: Director of Medical Student Success
    - Email: Melva.Landrum@unthsc.edu
21. Jeremy Joseph
    - Title: Director of Student Assistance Resource Center
    - Email: Jeremy.Joseph@unthsc.edu
22. Meaghan C. Nelsen
    - Title: Associate Professor
    - Email: Meaghan.Nelsen@unthsc.edu

### John Peter Smith Hospital

Street Address: 1500 S Main St.
City and County: Fort Worth, Tarrant County
State and Zip Code: Texas, 76104
Telephone Number: (817) 702-3431

Names
1. Isabel Colon Garcia
   - Title: Psychiatry Resident
2. Ahsan Khan
   - Title: Psychiatry Resident
3. Ashley Nguyen Steele
   - Title: Ob/Gyn Resident
   - Telephone: 817-366-6662
4. Prarthana Patkar
   - Title: Chief Resident Medical City Fort Worth
   - Telephone: 302-213-0809
5. Hunter Miears
   - Title: Family Medicine Physician
6. Adin Mizer
   - Title: Family Medicine Resident
   - Telephone: 806-683-8622
7. Chase Taylor
   - Title: Family Medicine Resident
   - Telephone: 325-267-0234
8. Hermen Charrez-Baxacajay
   - Title: Family Medicine Resident
   - Telephone: 214-680-7486
9. Muhammad Aishat
   - Title: former JPS Intern, Anesthesiology Resident @ Henry Ford Hospital
   - Telephone: 469-408-0399
10. David Jaramillo
    - Title: Emergency Medicine Resident
    - Telephone: 909-583-3574
11. Jordan Rezac
    - Title: Emergency Medicine Resident
12. Jocelyn Zee
    - Title: Family Medicine D.O.
13. Amanda Pientka
    - Title: Emergency Medicine, Critical Care Doctor

*[signature]*

Anila Chintagunta
469-815-3365
chintaguntaanila@gmail.com