*Anila's Med School Lawsuit*

Dear Judge,

I, Anila Chintagunta, Plaintiff in Case No. 4-25CV-806-P in the United States District Court for the Northern District of Texas, Fort Worth Division, would like to request that my summons and complaints be served for the 35 defendants located in Fort Worth, Texas by a United States marshal or a deputy marshal or by a person specially appointed by the court. I appreciate all your help and time.

Sincerely,
Anila Chintagunta

JUL 30 2025 PM 1:31
FILED-USDC-NDTX-FW
MW