IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANILA CHINTAGUNTA,<br>    Plaintiff, | § § § | |
| VS. | § § | CIVIL NO. 4:25-CV-806-P |
| JOHN PETER SMITH HOSPITAL,<br>ET AL.<br>    Defendants. | § § § § | |

**ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE**

On July 30, 2025, *pro se* Plaintiff Anila Chintagunta filed a motion [doc. 7] requesting that the Court issue summonses and order a United States marshal or deputy marshal to serve a copy of Plaintiff's complaint on all thirty-five Defendants in this case ("Motion for Service"). Plaintiff is not proceeding *in forma pauperis* as she paid the filing fee when she filed her Complaint [doc. 3]. Pursuant to Federal Rule of Civil Procedure 4(c)(3), [a]t the plaintiff's request, the court **may** order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3) (emphasis added). "The United States Court of Appeals for the Fifth Circuit has not yet addressed how courts should authorize their discretion to order service by the [United States Marshals Service ("USMS")] in a fee paid case." *White v. Townsend*, No. 6:22cv426, 2023 WL 9229115, at *1 (E.D. Tex. Jan. 13, 2023); *Jackson v. Wray*, No. 3:23-CV-2363-E-BH, 2023 WL 7115177, at *1 (N.D. Tex. Oct. 27, 2023). "However, other circuits have found that Rule 4 was amended to relieve the USMS of the burden of serving summonses and complaints in private civil actions." *Townsend*, 2023 WL 9229115, at *1. "This court agrees that before turning to Rule 4(c)(3), a plaintiff is expected first to seek service by private means whenever feasible rather than impose the burden on the Marshal's Service and that court orders directing service by marshal should not be issued unless they really are necessary."

*Id.* at 2 (internal quotation marks and citations omitted).  In this case, Plaintiff has made no attempt at service or explained why service by the USMS is really necessary.  Consequently, the Court finds that Plaintiff's motion should be **DENIED**.

Based on the foregoing, it is **ORDERED** that Plaintiff's Motion for Service [doc. 7] is **DENIED**.

SIGNED July 30, 2025.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE