Amended complaint
Anila's Med School Lawsuit

Anila Chintagunta
Case NO. 4-25CV-
806-P

1. On 12/18/2020 in a Zoom Meeting, I stated that I intended to use Medical School Boards Resources during my gap year, but Ryan Seals discouraged Boards material for me. I needed it to pass the Boards and Y2 (Year 2 of medical school) since I failed one attempt at Y2 by using only class material. Other students were not discouraged and used Boards material throughout the year on their school issued laptop, while I was terrified of censorship and retaliation. I needed these resources again during 3rd and 4th year of medical school to pass the Shelf Exams and Boards exam.

2. TCOM administration assigned my Y3 core rotations 2022-2023 to Midland, TX (300 miles away from Fort Worth, TX). Katy Kemp made me complete onboarding for all the Fort Worth Hospitals during June 2022 but did not check if the school-issued laptop required for testing was functioning at full capacity. My laptop died during my first shelf exam on July 29th, 2022, in Midland. In September 2022, UNTHSC tech support acknowledged that the problem was with my laptop but it was out of warranty so I could not even get a loaner laptop. The laptop kept dying at 37% with the charger plugged in. After Tech Support confirmed I had to replace the battery, I had to find my own way to send it back to Dallas since there is no apple repair shop in Midland. UNTHSC made me pay $2000 for a MacBook Pro through which they can censor my activity but did not make sure it worked; I lost weeks of valuable study time for my boards and shelf exams and had mental distress trying to get help in Dallas, while all the other students were simply studying.

3. In November 2022, TCOM Advisor Clifton Cage used tortious interference to defame me as lazy. On 9/14/2024, Cage sounded empathetic concerning my laptop difficulties in his emails, offering to send me a loaner laptop, speaking to tech support for me, and even offering to pay for shipping prices. He acknowledged that my laptop was "outdated, or has reasons it could be not functioning." However, in November 2022, TCOM Midland Clerkship Coordinator David Deshan pulled up emails in front of me in which Clifton Cage libeled me, saying that I simply "blamed it on [my] computer and did not work on [my] own to solve that problem". It is a school issued laptop, and students are not allowed to even download certain versions of the MAC iOS software due to interference with testing software, so I could not just take it to a repair store on my own. Cage, the Dean's Letter Writer for my Residency Application, was twisting my laptop issue into an attack against me, and I became distressed over what else he would secretly say about me.

4. In November 2022, David Deshan libeled me to my Dean's Letter writer Clifton Cage that there was something "negative in surgery." Even Clifton Cage who vouched for failing me stated that he was unable to find anything negative on my Surgery evaluation. Deshan proved he was against me before I even entered his clinic, which was terrifying.

5. In November 2022, my Dean's Letter Writer Cage libeled me in private emails as "not showing common sense." After Deshan communicated that one attending called me "autistic" and "inappropriate", Cage reciprocated the hostility by libeling me as "unprofessional" and then encouraged failing me rather than checking on me in the hostile work environment as my supervisor. Cage intentionally dismissed evidence by not actually observing my patient interactions or checking my call schedule. Despite doing speculums and Pap smears, standing all day, interviewing patients, and being physically and verbally abused by MWC physicians, which none of the other 240 Y3 TCOM students went through, I was set up for failure and dismissal through libel. 6.

During Y3 2022-2023 in Midland, TX, TCOM Faculty member David Deshan had 5 students complete the Ob/Gyn Core Clerkship in his private clinic but only I was assigned to Gary Madden for 1 entire week who was very intimidating and yelled at me "WHEN I SAY SOMETHING I MEAN IT" in front of patients on my first day for not touching the thigh or for not stepping on the chair buttons in the his preferred order (elevating and reclining); I did not perform these activities on previous rotations and Madden himself stated 3 weeks later that it just takes practice. The other students had doctors who focused on academic material. Only one other student had Madden for only one day, and he told her "I like you." Deshan clearly purposefully put me with an intimidating doctor.

7. During my Ob/Gyn clerkship in October-November 2022, David DeShan put me on call with multiple doctors during the first 3 nights while I was required to attend clinic those 3 days, creating a horrendous 84-hour shift. UNTHSC Ob/Gyn Clerkship Director Demequa Moore and Coordinator Carolyn Anderson did not give me a schedule for my core rotation and Deshan put me on a terrible call schedule and inefficiently made me run around the hospital and clinic multiple times a day throughout the rotation. After reaching the Midland Memorial Hospital, I was not even allowed to see C-sections.

8. In November 2022, TCOM Midland rotation site coordinator David Deshan used tortious interference to convince my Dean's Letter Writer Clifton Cage that I was not apologizing for my cough and intentionally dismissed evidence that I did explain how the call schedule exacerbated my asthma to Dr. Madden, and that I was not able to sleep the first three nights of the rotation which gave me a headache. He addressed my physical ailments from his physical abuse by marking me as 1 day absent on the Ob/Gyn rotation.

9. On 11/7/2022, TCOM Advisor Clifton Cage forced me to listen to Gary Madden slander me after he was aware of the defamatory statements from Deshan's emails. Madden claimed I have ADHD and issues but refused to acknowledge my asthma's trigger: the call schedule. No other student related to the events and mental distress that I endured. Madden made sure my information was not confidential as he recited my conversation in the hallway the next day after spending 30 minutes investigating my childhood and what might be wrong with me to fit his ADHD diagnosis. Madden talked about pornography in depth with each patient for 40 minutes to 2 hours and played music on a speaker in the hallway while seeing patients but called me distracted. Madden required that I drink coffee from the physician's lounge and leave the room if I had to cough. He slandered me through hypothetical situations like I would have never helped in a surgery. Midland Women's clinic leaves green splotches on the floor under patient's chairs.

10. On 11/7/2022, TCOM Advisor Clifton Cage forced me to listen to Ben Doke slander me after he was aware of the defamatory statements from Deshan's emails. Dr. Brady Locke stood with Ben Doke and glared at me across the hallway whenever I walked to Madden's office to check if he was available to meet. During my week with Doke, he offered favors like a ride to the hospital for a delivery, requesting me to sit on his stool, and acting friendly but was secretly trying to sway my entire career. Doke told Deshan that I "would make a good pathologist," implying that I should not interact with patients since I was apparently "autistic … and inappropriate at times." However, Doke kept saying "we don't talk about you… Yupp, us other doctors, I want you to know that we do NOT talk about you," though I had already seen the emails and never asked what he said to the other doctors. I requested his feedback and he said he "noticed some foot tapping" though I stood on my 2 feet all day during my week with him and could not tap either foot.

11. During Fall 2019, John Gibson intentionally withheld information when advertising the Rural Osteopathic Medical Education Program (ROME) which required an application and interview to be admitted. He stated ROME offered hands-on training like deliveries and other procedures that the average medical student staying in Fort Worth did not participate in, and he emphasized that there were friendly attending physicians who treated students like family. However, Gibson failed to state that unlike other TCOM students, I would not receive a proper schedule and would go through an 84-hour shift, have no study time during clinic hours, or that TCOM Admin would use close connections with the rural attending physicians to mentally intimidate me and destroy my career. He stated that Y3 clerkships are the most important aspect of residency applications but never stated that rural doctors were an asset to TCOM's agenda of hurting me with physical abuse, emotional anguish, mental distress, and career sabotage. I realized too late that my grades were completely in their hands and that I may not be credited for my work. John Gibson and Clifton Cage sent me to a clinic where the physicians forced me to drink caffeine, put me on a terrible schedule, labeled me as Autistic and ADHD, and made sincere attempts to sway my career.

12. On 3/5/2023, The TCOM Student Performance Committee and UNTHSC Psychiatry Clerkship Director Haliburton stated that the school issued laptop malfunction cutting me short on the Psych COMAT 1st attempt and the immense mental distress inflicted upon me by TCOM Faculty members Cage and Deshan affecting my 2nd attempt were not valid reasons to reconsider my final score or remediating the entire rotation. He also did not consider the high performance reported on my clerkship evaluation at Big Spring State Hospital.

13. The TCOM Student Performance Committee and UNTHSC Ob/Gyn Clerkship Director Demequa Moore forced me to redo the Ob/Gyn rotation and intentionally dismissed evidence that I did much more work than the other Y3 students. Moore and Anderson failed to uphold their end of the contract by not giving me a schedule, allowing the physicians to mistreat me, and not making sure I had enough time to study. For the repeat rotation at JPS, I was provided a schedule with date, time, and location (multiple clinics/Labor & Delivery/Surgery) and a proper night call schedule. However, at MWC, L&D was assigned through a horrendous call schedule (3 nights in a row while attending clinic during the day) and notified through unexpected text messages from multiple doctors. Out of fear of retaliation, I refused to check my phone until I left the clinic, so I was unaware of and did not observe any delivery during clinic hours. At JPS, only residents did the speculums, and I was required to see only 5 patients a day (90 patients/month), had time in the clinic to study, got to sit down in between patients, and got to interact with other medical students. At MWC for 4 weeks, I had to interview all of David DeShan's patients and present to him (90 pts); do all the speculums and breast exams for Gary Madden and David DeShan (270 pts total); stand on my feet all day for Ben Doke and Rebecca Morton (8 hrs/day); and attend every single patient interview with every single doctor (almost 550 patients in 1 month). This gave me no time to study during clinic hours and barely any energy to study after the clinic, resulting in a low score on my exam. Nobody checked on me or my work at the Midland Women's Clinic, though I paid tuition like all the other students; rather I was subjected to numerous forms of abuse.

14. During November 2022, TCOM administrators David Deshan and John Gibson used mental intimidation by repeatedly calling themselves Christian in front of me while torturing me. During my pre-clinical years (Y1 & Y2), Gibson stated that Y3 clerkship grades are the most important for residencies, but he intentionally sent me to another UTSW graduate medical "missionary", David DeShan who forced me to attend his personal clinic for my Ob/Gyn rotation. Deshan and his partners libeled, slandered, physically abused, and threatened to fail me but did this to no other student, isolating me mentally and academically. They discriminated against me, called themselves servants of God to intimidate me and insult my faith, which says love others.

15. During January 2023, TCOM Internal Medicine Director Scott Ewing and Coordinator Loren Rowland assigned me to 1 month with Attending Physician Juan Gil from Midland Memorial Hospital's Wall Street Internal Medicine Clinic. Gil constantly slandered me with "you do not know anything," but encouraged other students with "you just need to work hard." Oftentimes I did not finish presenting and sometimes I did mention the medication/diagnosis/treatment/explanation/etc. that Gil kept saying I did not say. Though he agreed with me when I pointed out another physician's mistake and corrected the patient's medication, he slandered me daily with "you know nothing." Gil did not allow me to have a notebook in the patients' rooms while another student was allowed to and then slandered me as "distracted" when I was concentrating and looked at the floor. He often expected me to know medical knowledge at the resident's level (Step 3), though I was still a Y3 medical student (Step 2). He then complained that I do not speak to the front desk workers. I explained it was because I use the back entrance, so I do not see the ladies at the front desk, but I always thank Michelle for opening the back door and I do not have time to talk to the nurses at the nurses' station. He then started investigating my personal life and called me a loner to my face. I was friendly during my rotation and Gil even told me which specialties I should not do because I would need time for a family. Gil defamed me on my evaluation as "barely at the level of [my] training" and "needs improvement with interpersonal skills." TCOM Internal Medicine

Department Chair Janice Knebl said his comments did not look good for my residency application. However, during Spring 2023, Ewing and Rowland assigned a male medical student to attending physician Madhavi Gadiraju who did not slander him, may have given him shorter days than mine with Gil allowing for study time for the Internal Medicine Shelf Exam and Boards, gave him a recommendation letter for internal medicine residency, and put no negative remarks on his evaluation.

16. During February 2023, TCOM Internal Medicine Director Scott Ewing and Coordinator Loren Rowland assigned me to 1 month at Midland Memorial Hospital's Midland Inpatient Medical Associates. After spending a total of 3 weeks with Dr. Ravuri (2 weeks during Internal Medicine and 1 week during Family Medicine), I was unable to obtain an Internal Medicine Residency recommendation letter but the male Y3 student who had Gadiraju for Outpatient IM Clinic got one from Ravuri. During my rotations, Ravuri told me to not write any notes on the hospital's patient notes software; he said, "okay leave it, you don't know how to do it." When I asked Ravuri for a letter, he said he needed to observe me some more time and requested I spend another 2 weeks with him after rotations, but I had to move back to Fort Worth for the repeat Psych & Ob/Gyn rotations.

17. On 1/24/2023 via Zoom, UNTHSC Administrator Pam Pleasant revealed TCOM's conspiracy to cover up their mistakes. I stated there was no sexual assault during my Ob/Gyn rotation at the Midland Women's Clinic (MWC), but Pleasant required I submit a report to the Title IX office (Sexual Assault Office) claiming it handles complaints of racial discrimination and because "it protects [the school]". Writing multiple documents and attending multiple meetings took up a lot of my free time during rotations, which I really needed for studying. The Title IX office eventually closed the case because "discrimination based on race and color falls outside the Title IX jurisdiction". I was forced to give up study time to protect the school that did not care about me while I still had to bear the repercussions of my time at the MWC including mental distress that affected my performance in later shelf exams.

18. On 3/28/2023, Ryan Seals emailed me to redraft my written statement for the Student Performance Committee meeting because according to him, circumstances like a malfunctioning laptop and mental distress from abusive administrators and missionaries were "not relevant" for the meeting, and then acknowledged those reasons caused my failures.

19. During my SPC meeting via Zoom on 4/3/2023, I told Ryan Seals that he did not take my statement seriously, and he harassed me for being "unable to consider that things are different than [my] original perception."

20. During my SPC meeting via Zoom on 4/3/2023, Ryan Seals intentionally dismissed evidence that my exam failures were caused by specific problems that did not happen during other clerkships. He kept asking me what I was doing to improve my scores and go over "different strategies." I listed Boards resources as my study material and he harassed me to "think about what [my] approach is, what's under [my] control, and how [I] approach the situation."

21. During my SPC meeting via Zoom on 4/3/2023, Ryan Seals slandered me as not taking responsibility. He said, "that [I] could have reached out to more people," while intentionally dismissing evidence that TCOM administrators Cage and Deshan were the ones torturing me, Mason and Galke were partners with Cage, and Cage was aware of the hostile environment and still required me to listen to the MWC's Attending physicians' slander. I spoke to many people including the Title IX Compliance Office and appealed my grade with the administration. Seals continued making intimidating statements like "there can be issues down the road with residency directors."

22. During my SPC meeting via Zoom on 4/3/2023, Curtis Galke harassed me for not reaching out to him and said he never heard about this situation. He intimidated me for describing myself as isolated. I saw Cage's emails which stated Galke was working with him to decide my final evaluation and grade. Galke never sent me a formal email that he became the director of ROME but diverted attention during this meeting towards himself and gaslighted me for feeling isolated instead of finishing the Zoom meeting.

23. During my SPC meeting via Zoom on 4/3/2023, Seals harassed me with "you need to consider that things could be done properly and still not end up with the results you want."

24. During my SPC meeting via Zoom on 4/3/2023, Rynn Ziller harassed me saying that they needed to know about this event, so it was my fault. She intentionally dismissed evidence that it was the TCOM administration who assigned me to this clinic, libeled me in emails, told me during a phone call to sit in the Attending Physicians offices while they mentally abused me, and threatened to fail me despite my hard work.

25. During my SPC meeting via Zoom on 4/3/2023, Cassie Ardry harassed me to join the Pathways program. Their website states it is for students who "violated an academic, professional or community standard" or needs "insight ... to be a productive member," though I went through mental torture and physical abuse at the hands of TCOM Administrators and their partners at Midland Women's Clinic.

26. During my SPC meeting via Zoom on 4/3/2023, Seals intentionally dismissed evidence that my mental distress which affected my performance on the exams was caused by TCOM Administration and harassed me that it could be addressed with "professional development."

27. During my SPC meeting on 4/3/2023, Brandie Wiley harassed me for "[feeling] like they were putting [me] down because disability is not a bad word." Her colleague Ardry had just advised me to stand up for myself if I was feeling disrespected.

28. During my SPC meeting via Zoom on 6/6/2023, Ryan Seals intentionally dismissed evidence that I had enough time for a gap year. During the 4/3/2023 Zoom SPC meeting, Ryan Seals harassed me to reach out when I don't feel prepared as a part of "professional development". On 6/6/23, he told me he believed that I was not prepared for the Level 2 Boards Exam and that I would not have enough time to study. After a long discussion, I accepted his expertise and requested for a gap year, but he said

that I did not have time for a gap year and needed to graduate. He forced me to take my first Level 2. However, he approved a leave of absence request on 11/27/2023, stating that I had enough time for a gap year, at which point turned into a gap semester.

29. At the UNTHSC MET building in Fort Worth, TX on 9/22/2023, I had a SPC meeting for my first Level 2 failure. I requested for either the gap year or an extension for my next attempt at Level 2 in my SPC statement on 9/20/2023. I was denied both requests based on the idea that I needed to graduate on time and a gap year would not permit that. On 11/27/2023, Seals said it was good that I have enough time for a gap year and even walked me through the process of requesting a leave of absence.

30. During July 2023, Senior Associate Dean Ryan Seals was in charge of my dean's letter. He explained to me via email that their policy is to be upfront with residencies, but he chose to leave out some positive comments that I received on my clerkship evaluations.

31. During July 2023 at JPS Trinity Springs Pavilion, Resident Doctor Isabel Colon Garcia slandered me in front of other medical students in the psychiatry resident computer lab, claiming that I disrespected a patient for clarifying one answer despite the loud environment. She said, "I don't know you, maybe it's just your personality." She gave feedback to the other students in a positive and professional manner in private in the hallway outside the computer lab while I was in the room. When the door was opened, I heard her say "I thought you did this really well" in a gentle voice to the other student.

32. During July 2023 at JPS Trinity Springs Pavilion, Resident Doctor Ahsan Khan slandered me in front of other medical students in the psychiatry resident computer lab, claiming that I disrespected a patient for clarifying one answer despite the loud environment. He said, "it seems like you are making fun of the patients." He was extremely intimidating, saying that I did everything wrong in front of the other students for 10 minutes straight, but he did not provide feedback for them in front of me.

33. On 3/13/2024, Ryan Seals emailed me about the possibility of failure and dismissal on my 3rd attempt at Level 2 and dismissal though my emails concerned the date of my exam.

34. During September 2024 at JPS ICU, Resident Doctor Ashley Nguyen Steele created a Hostile Work Environment and assaulted me every day. On Thursday 9/5/24, Steele became aware that I was not given a schedule or syllabus for the Medical Intensive Care Unit (MICU) rotation. She harassed me the next three weeks of my rotation with "you are never here," "you don't do anything," and "you don't do your work" multiple times every day that she was present. It was impossible to reason with her that I was literally right there at that moment and had completed the work she assigned me (she picked my patients before rounds). Steele started laughing every time I left the room and immediately stopped laughing, turned, and gasped when I came back. While in the room, she turned to me and giggled whenever she gossiped about me with the Resident doctors Patkar, Miears, and Mizer who always joined in harassing me. Steele made me uncomfortable outside the hospital as well when her friend sent me a Facebook friend request. Steele assaulted me throughout this rotation as she never spoke to me professionally and Resident doctors Mizer and Miears were always next to her. The 2 males are objectively larger than me.

35. During September 2024 at JPS ICU, Resident Doctor Ashley Nguyen Steele used excessive force and intimidation to take the "cow" (moving computer) I was using in the morning to review patient charts and write my notes. She placed her hands on the computer and grabbed it from me, barely gave me time to save my notes, and harassed me with "make sure you are completing your own notes." When I explained I was doing my own notes which I was literally saving before logging out of my account for her to use the computer, she constantly lied with "No you are not." She took the Cow from me every single morning for reasons like "the doctor needs it" even if the doctor already had his own.

36. During September 2024 at JPS ICU, Resident Doctor Ashley Nguyen Steele told me to not see the only patient I chose for myself the entire rotation and whose notes I was already reviewing. Steele said the patient was going to die that day, but the patient remained in the hospital for 4 more days. She said seeing that patient would not matter though it would have been a valuable learning experience for me as a student: observing an unresponsive patient who may be brain dead and may be removed from the ventilator soon.

37. During September 2024 at JPS ICU, Resident Doctor Ashley Nguyen Steele used excessive force and intimidation during my last week by forcing me to print out the evaluation form because she wanted to "give it to Amanda Pientka and [I would] get it back later" rather than allowing me to handle my confidential matters like grades and evaluations and on my own.

38. During September 2024 at JPS ICU, Resident Doctor Ashley Nguyen Steele made me do OMM on Prarthana Patkar's constipated patient but did not report my work to Pientka.

39. During September 2024 at JPS ICU, Resident Doctor Ashley Nguyen Steele and the other residents increased the number of patients I saw from 1 to 2 during my last week when I had 1 hour to see patients instead of the previous weeks' 2 hours. All the residents harassed me with "you're not finishing your notes."

40. During September 2024 at JPS ICU, Resident Doctor Prarthana Patkar kept saying "This Girllll" whenever Steele commented that I don't know how to do anything. After seeing I was uncomfortable, she would say "you should ask questions!!" to make Adin Mizer and Ashley Nguyen Steele laugh. Patkar ultimately assaulted me throughout this rotation as she never spoke to me professionally and Resident doctors Mizer and Miears were always next to her. The 2 males are objectively larger than me.

41. During September 2024 at JPS ICU, Resident Doctor Hunter Miears assaulted me. When the MICU resident computer lab room was filled with residents who were making fun of me, Miears stood in between the hallway and the room and aggressively slapped the wall when I walked towards the room, signaling my arrival, and blocked the doorway when I tried entering, making me fear imminent harm. He was objectively larger than me and used physical intimidation whenever the other residents started bullying me to perpetuate the toxic work environment.

42. During September 2024 at JPS ICU, Resident Doctor Adin Mizer created a hostile work environment and assaulted me. Mizer constantly harassed me with "you are never here," "you don't do anything," and "you don't do your work." After defending myself with "I am here" and "I did my notes," he only replied with "no you are not" and "no you did not." Mizer stayed near Steele and Patkar when they bullied me to perpetrate physical intimidation.

43. During September 2024 at JPS ICU, Resident Doctor Adin Mizer interrupted me during my patient presentations to the attending physician. I followed one patient in particular who was initially given an incorrect diagnosis but later given the correct diagnosis. I presented this patient multiple times to 2 attending physicians and always presented both diagnoses and the workup for both diagnoses. Mizer stalled when the group moved down the hall and when I presented the patient's initial inaccurate diagnosis, he came running towards me screaming "NO NO NO!!!" I feared him physically harming me, so I stopped my presentation. Mizer took my opportunities to prove my work ethic and medical knowledge and in return assaulted me.

44. During September 2024 at JPS ICU, Resident Doctor Chase Taylor was professional until the third week of the rotation when he randomly started echoing resident doctors Steele, Rezac, and Jaramillo saying, "Yeah, you should start working on your notes," though I did everything assigned to me. Taylor and the other male residents made fun of patients' names and made the environment humorous when I wasn't around and then resumed harassing me with implicit statements whenever they approached me in the hallway or I entered the room.

45. During September 2024 at JPS ICU, Resident Doctor Hermen Charrez-Baxacajay slandered and assaulted me. He harassed me with "You just did not do enough," though I saw patients whom the residents chose for me and completed my notes the way the Attending physicians wanted me to.

46. During September 2024 at JPS ICU, Resident Doctor Hermen Charrez-Baxacajay joined Steele in harassing me when I chose one patient on my own, claiming she was going to die the same day so I should not see her, though the attending physician kept her in the hospital for another 4 days.

47. During September 2024 at JPS ICU, Resident Doctor Muhammad Aishat asked me to practice my presentations with him while the attending physician was busy seeing patients, allowing other residents like Jaramillo and Steele to continue commenting "you are never here."

48. During September 2024 at JPS ICU, Resident Doctor David Jaramillo sexually assaulted me by constantly touching my shoulders, wrists, hands, arms, and upper body and tapping me on my back throughout the month during rounds in the hallway. The touching was unwelcome and unwanted and continued though I told him to stop and physically moved my hands and body away from him.

49. During September 2024 at JPS ICU, Resident Doctor David Jaramillo slandered and assaulted me. During rounds, Jaramillo would call me to him by either literally touching me and then pointing in a direction to follow him and then walked me away from the group. He acted like he noticed something problematic and would constantly harass me with "you are walking away from the group; you need to stay with the group," and "you don't care." He tried creating a scene multiple times throughout the rotation and I missed out on learning during my ICU rotation. I even wore hospital scrubs and ate from the cafeteria to make it look like I really cared, but Jaramillo did not stop touching me and forced me away from the group while harassing me.

50. During September 2024 at JPS ICU, Resident Doctor David Jaramillo defamed me to the nurses in the hallway as someone who was infecting critically ill patients with COVID. I had a constant cough due to post-nasal drip irritating my throat, but I was neither positive for any virus nor had any symptoms of a contagious illness (fever, chills, fatigue, etc.) The nurses questioned me, and I explained multiple times that I would not even be in the hospital if I was infected with a virus, much less around extremely sick patients in the Intensive Care Unit. Jaramillo continued to proclaim lies around the hospital and to Resident Jordan Rezac who began harassing me after this incident.

51. During September 2024 at JPS ICU, Resident Doctor David Jaramillo slandered and sexually harassed me on my last Tuesday 9/24/2024. He stated that he wanted a "homie to homie" conversation. I still spoke professionally and asked him to explain his daily accusation: "you don't care!" He claimed I had a resting bitch face. He tried to laugh it off with "you *look* like you don't care" and then kept harassing me with "No! You do not care! Because I know you don't!" and continued to call me the female slur "bitch face" multiple times.

52. During September 2024 at JPS ICU, Resident Doctor David Jaramillo slandered me on my last Tuesday 9/24/2024. He stated, "You don't finish your notes before rounds, because you are unprepared." Jaramillo and the other residents increased my number of patients from 1 to 2 during the week that the hours to visit patients decreased from 2 to 1. Rounds that week started at 7AM and he said he did not finish his notes until 11PM. I also explained that the student version of the Epic Software (patient's notes) was different and more challenging to maneuver and was acknowledged by Attending Physicians Davis and Riehani. Jaramillo intentionally dismissed evidence and continued harassing me with "you're not finishing your notes."

53. During September 2024 at JPS ICU, Resident Doctor David Jaramillo slandered me on my last Tuesday 9/24/2024. He said, "I think this rotation really hurt you because they have years of experience, and you don't know anything." Jaramillo stated on many occasions that if he does not know something, he uses google, but he called me 'terrible' on this rotation because attendings would think I did not know some of the medications, even though they were actively teaching the residents. I reasoned that doctors with 8 years of residency and fellowship training after medical school and years of experience in the ICU would be aware of their level of knowledge and expertise when grading a Y4 medical student and would likely know that I performed appropriately for my level. He started looking at my notes my last Friday - Sunday and made me stay longer (past 5PM) than my shift (6AM-4PM).

54. During September 2024 at JPS ICU, Resident Doctor Jordan Rezac was professional for 3 weeks and then exploded with harassment the last week. On my last Wednesday 9/25/2024, Jaramillo lied that I was COVID positive to the nurses. I explained to the nurses that I would not be in the ICU if I was sick with an ongoing infection. When Jaramillo spoke to the nurses again, he seemed upset and Rezac left her computer to go to him and whisper something to him. She began harassing me with "You're sick," and "Put on a mask because you're sick" (even when I had my mask on). She stopped harassing me only to speak to Pientka about her baby and in-laws and then resumed with "I would put that mask on because you're sick."

55. During September 2024 at JPS ICU, Resident Doctor Jordan Rezac harassed me after I completed my shifts. When I got up to leave at 4PM (6AM-4PM shift) on my last Friday 9/27/2024, she said "oh, you don't stay for rounds?" Evening rounds sometimes begin after 4PM and Pientka told me the day before 9/26/2024 "if we don't start [evening] rounds immediately you can leave." The entire month, the other residents said I could leave at 1PM after finishing my notes, and Rezac never addressed them but harassed me though I stayed until 4PM the entire month. After harassing me on my last day Sunday 9/29/2024, Rezac concluded my 6AM-7PM shift with "you look a little excited to leave."

56. During September 2024 at JPS ICU, Resident Doctor Jordan Rezac was casual the first 3 weeks saying things like "his beans are still working" and I would clarify if beans meant testicles or kidneys etc. On my last Sunday 9/29/2024, I asked CharrezBaxacajay about his style of taking notes, and Rezac constantly interrupted and harassed me with "did you not get how to write your notes?" "Is that not something you got yet?," and "Like did you not get that?"

57. During September 2024 at JPS ICU, Resident Doctor Jordan Rezac slandered me as a liar on my last Thursday 9/26/2024. She questioned "Why did you lie about David Jaramillo? You told Pientka he told you to leave on Wednesday." When I said that I did not do that, she screamed "Yes, you did! You did! Don't lie!"

58. During September 2024 at JPS ICU, Family Medicine Physician Jocelyn Zee slandered me constantly with "YOU KNOW NOTHING," though she knows I was a Y4 medical student. She spent only one and a half days with me, 9/16/2024 and 9/17/2024. Despite completing a 3-year medical school program (which she acknowledged teaches less than current med school) and a Family Medicine Residency with no Critical Care (ICU) or Pulmonology fellowship training, Zee is a main doctor at JPS ICU. Zee brought candy for the residents and announced, "Since you guys don't get lunch, SUSTENANCE!!!" while I got nothing, and she continued rounds until 1PM. Zee implied that medical students do not need as much energy as the residents who make $60K and still don't answer some of her questions, which she patiently explains for them. JPS ICU resident doctors Jaramillo told me "It's okay I just go home and read it," and Charrez-Baxacajay said "I look up papers in my free time," and Zee acknowledges that one does not need to know everything before joining a rigorous level of health care, yet she slandered me nonstop.

59. During September 2024 at JPS ICU, Attending Physician Jocelyn Zee aggressively yelled at me for sitting down once. I was accustomed to the other attending physicians who did not require even residents to enter rooms if the patient's condition required special precautions.

60. During September 2024 at JPS ICU, Attending Physician Amanda Pientka intentionally withheld information from me regarding the medical student elective MICU rotation including syllabus and schedule. Pientka was not present during the medical student orientation required by the hospital on the first day of my rotation, Tuesday 9/3/24. She failed to provide the information prior to the start of my rotation and after I reached out to her via email on Thursday of the first week, 9/5/2024. This information was extremely important because absences and scheduling are unique for this rotation. The residents told me students get 4 days off but no one Pientka did not inform me that these were the semester absences from my school and not just given by the hospital.

61. On 4/15/2024, TCOM Administrator Nora Cantu approved me for the John Peter Smith Hospital Medical Intensive Care Unit Rotation. However, Executive Director of Osteopathic Medical Education Dana Blanton did not provide me with the special information regarding the rotation such as absence policy even through the end of the MICU rotation in September 2024.

62. During my JPS MICU Rotation in September 2024, TCOM Assistant Dean David Mason intentionally withheld information from me and failed to uphold his end of the contract. He was included in the MICU emails from the beginning of the rotation in which I requested for the MICU Syllabus. He refused to inform me about the absence policy (semester absences) despite knowing I had no absences available since he approved my semester absences during the prior month.

63. During my JPS MICU Rotation in September 2024, TCOM Senior Associate Dean Ryan Seals was included in the emails from the beginning where I was requesting the information for the MICU rotation. He failed to tell me that I needed to withdraw from the rotation.

64. During September 2024 at JPS ICU, Attending Physician Amanda Pientka's failure to uphold her end of the contract made scheduling my rotation difficult. She waited until Wednesday of my second week, 9/11/2024, to send Attending Physician Steven Davis to make my schedule. He insisted I needed to be there until Monday 9/30/24. I had to explain that medical students start another rotation on 9/30 and need the weekend off, so we do 4 weeks and leave on Friday 9/27/24.

65. During September 2024 at JPS ICU, Attending Physician Amanda Pientka intentionally withheld information about the last day being extended to Sunday 9/29/24. Once again, I reached out to her via email during my last week, on 9/25/2024. She was unprofessional in forcing me to find last minute accommodations. My lease was ending that Saturday and Pientka did not inform me about my shifts on Saturday and Sunday.

66. During September 2024 at JPS ICU, TCOM Administrator David Mason intentionally withheld information from me about extending the rotation until Sunday 9/29/24, which never happened to me before. Until I reached out to Pientka to clarify the last day of my rotation on 9/25/2024, I had no idea it would go past Friday. He refused to give the information to me but only

threatened that I would not receive credit if I did not show up for all the dates. With such short notice, it was immensely stressful as my lease was ending that Saturday.

67. During September 2024 at JPS ICU, TCOM Administrator David Mason libeled me. I had to email to confirm my last day and had my lease ending that Saturday. I explained it was disrespectful to not give me a proper schedule or clear instructions. During my SPC meeting via Zoom on 4/3/2023, Ryan Seals told me to feel empowered in the moment and say something to the supervisor and Cassie Ardry told me to stand up for myself. The JPS clinical education coordinator agreed that Thursday or Friday was supposed to be my last day, but Mason retaliated and harassed me, calling me "argumentative" and unprofessional.

68. During September 2024 at JPS ICU, Attending Physician Amanda Pientka spent time during the 3rd week of my rotation talking to Jordan Rezac and was incredibly friendly. I tried to get Amanda's attention by saying "hi" about 3 times, but she ignored me. Though I was sitting in the same room as them, Pientka never introduced herself to me and did not voice any concerns. She loved talking about her infant with the white female resident Jordan Rezac. She had the opportunity to clear up any confusion but refused to respond to me.

69. On my last Thursday of the rotation 9/26/24 at JPS ICU, Attending Physician Amanda Pientka prevented recording of evidence by verbally intimidating me. Pientka yelled "LEAVE YOUR STUFF IN THE ROOM!! WE NEED TO TALK!!" and I followed her instructions.

70. In the JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka slandered me as an individual that is difficult to work with because I am the one miscommunicating. However, I was the one begging them to send me the syllabus and schedule, took initiative to email her through the last week of my rotation, was terrified of the verbal harassment and physical intimidation from the residents in the ICU, and she still did not give my official schedule or clear instructions by my last Thursday.

71. In a JPS ICU hallway on 9/26/24, Chief of Critical Care Amanda Pientka harassed and slandered me with absolute statements. She echoed her residents saying, "you are never here," "you never do your work," "you are late to rounds," "you never show up." When I explained that I was always on time, she continued her absolute statements like "*everyone* says that!" "*Every time!*" "You are *never* here!"

72. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka intentionally dismissed evidence. I informed her that my EPIC patient notes, hospital badge scanners, and JPS cameras would prove that I attended my shifts and completed my assigned tasks. Yet she refused to listen to me during our one conversation and brazenly stated "I don't care." I kept explaining myself and begged Pientka to look at the evidence, but she made the conversation difficult by illogically stating "I will look bad if I leave early." I requested feedback, but she refused to even look at my work.

73. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka proved that she intentionally withheld information from me. After I reached out to her for my schedule on 9/9/24, she emailed me, "your schedule should mirror that of a resident … if not on day call, they leave at 4PM." On 9/26, 3 days before my rotation ended, I informed Pientka that her residents encouraged me to leave early if I finished my notes, and she finally disclosed that I, as a medical student, could speak to the attending physician after rounds to leave once I completed my notes.

74. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka harassed me for leaving early, which was not true. On my 2nd Wednesday 9/11/24, Dr. Davis said he wanted to meet me at 3PM so I waited until 3:30PM before leaving and messaged him on the portal; therefore, I did not leave early. That evening, Pientka emailed me to not leave early. The next day, Dr. Davis said he did not keep his EPIC message notifications turned on and did not see my messages. On my last Thursday 9/26/24, I explained that I did not leave earlier than Dr. Davis's requested meeting time at 3PM on 9/11, and she gaslighted me with "if I leave early… it looks bad."

75. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka intentionally dismissed evidence. I requested her to take all my extra hours into account including my choice on 9/12/24 to take the non-call day off (4PM) and attend call day (7PM), but she intentionally dismissed it with "that does not matter."

76. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka failed to uphold her end of the contract and retaliated with lies about me lying. She defamed me for "arguing and not [wanting] to hear what anybody says." As the point of contact for medical students on the JPS MICU rotation, she is supposed to supervise me, but she never once checked if I was okay during my rotation, nor did she verify her resident's accusations. Pientka's residents harassed me, sexually harassed me, lied about me, and assaulted me. When I informed her about resident Jaramillo calling me a "bitch" multiple times and touching me in multiple places throughout the rotation, she immediately said "you lied about Jaramillo." She then recited my emails incorrectly and refused my request to check the email again with aggressively commanding "LISTEN TO ME!" After I made her aware of the toxic work environment, Pientka spread lies and her residents started harassing me with the same lie saying, "why did you say that Jaramillo told you had today off?"

77. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka slandered me for not following directions regarding absences, though she never provided the instructions for me. She proceeded to gaslighting me saying that she had the right to assign me work into the next rotation, which she did not. When I made a schedule with Dr. Davis on Wednesday, he too thought I followed the resident schedule that ended Monday 9/30/24 but accepted that Friday was the end for medical students.

78. In a JPS ICU hallway on 9/26/24, Attending Physician Amanda Pientka harassed me for not being there the first week though I was present. I informed her that I performed CPR and attended rounds. Pientka is the one that did not meet me during orientation, did not give me a schedule and did not give any instructions to write notes or to see patients on my own before or during my first week of the rotation.

79. During September 2024 at JPS ICU, Attending Physician Amanda Pientka slandered me as "not ready for residency" though she never observed me except for the 10 minutes we saw a patient in the emergency department. She refused my request to look at my notes with "it does not matter."

80. During September 2024 at JPS ICU, Attending Physician Amanda Pientka failed to uphold her end of the contract. Pientka was not there to watch me interact with patients or their families during rounds nor did she send a supervisor attending physician or resident physician. Pientka only perpetrated her residents' false absolute statements like "you are **never** here," though I was literally right there.

81. On 9/26/24 at JPS ICU, Attending Physician Amanda Pientka used tortious interference by ignoring the schedule given by ICU attending physician Davis. I stated I was on call so I would stay until 7PM, and at around 4:15 PM she said, "if we are not starting rounds immediately, you can leave." Cameras would have caught me leaving the hospital 3 hours before my shift ended. 82. During September 2024 at JPS ICU, Attending Physician Amanda Pientka refused to give me credit for my work. Her residents Patkar and Steele told me to do OMM on a patient with constipation. Neither Pientka nor her residents were in the room with me, and simply checked the box not observed.

83. During September 2024 at JPS ICU, Attending Physician Amanda Pientka abused power and retaliated causing me extreme economic and noneconomic damages. During our conversation in the hallway on Thursday on 9/26/24, I explained that I cannot do much with vague statements like resident Jaramillo kept making on Tuesday 9/24/24 and that I needed something specific. She retaliated with numerous false yet extremely specific statements on my evaluation.

84. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by selecting "below expected" for medical knowledge on my final clerkship evaluation. It states "The student has a deficient knowledge base for their level of training. They are unable to apply clinical skills to patient care. They struggle to develop appropriate differential diagnosis." However, I worked for "expected" and possibly "beyond expected."

85. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "On report, from multiple sources, student was unable to demonstrate knowledge of basic key physiology concepts. The student had difficulty developing appropriate differential diagnosis and propose treatment plans. Residents/Attendings noted no improvement/minimal improvement over 4 weeks." Her numerous specific statements were false. Only Zee asked me basic physiology concepts, which I answered correctly. Other physicians like Dr. Lois drew diagrams of basic physiology concepts like lung ventilation/perfusion on a whiteboard for the residents. I was never asked to develop a differential diagnosis because patients are diagnosed and admitted by the time I start visiting them in the morning. No attending physician addressed any issues with anything; Dr. Davis looked at my notes, listened to my presentations, and said "much better with your notes and presentation" over the week. Pientka observed me for only 15 minutes in the Emergency department and I answered her biokinetics questions correctly, but she never observed me in the ICU. Most patients admitted to the ICU have their diagnosis narrowed to a few possibilities called the "differential," so I was never asked to come up with a differential diagnosis.

86. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by selecting "below expected" for patient care on my final clerkship evaluation. It states "the student struggles with time management when interacting with patients. History and physical skills are not developed. Cannot reliably formulate differential diagnosis, treatment plans. There is no attempt to address wellness and prevention." However, I worked for "expected" and possibly "beyond expected."

87. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "Severe deficiencies in proposing diagnosis, recognizing primary problems, proposing diagnostic test/treatment plans. Arrive to rounds unprepared, exams lacked basic components or student performed inappropriate exam. (Example corneal, gag reflex on an awake patient. Presentations incomplete and often reported to be inaccurate." I did not have to propose a diagnosis for most patients I saw in the morning in the ICU, because the diagnosis was provided on the ER Doctor Note. I always presented my proposed treatment plan and documented the treatment plan that the physician decided. My presentations were thorough and were described by Dr. Davis as "much better" by the end of the week, by Dr. Riehani as "impressive" since I did not have a computer in front of me, and Dr. Lois was interactive with questions during my presentations. No Attending ever told me that checking brainstem reflexes on critically ill patients was inappropriate or that I should stop.

88. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by selecting "below expected" for professionalism on my final clerkship evaluation. It states "The student has demonstrated unprofessional behavior with light insight or remorse. They do not apply cultural awareness. Their actions are concerning for their future dependability." However, I worked for "expected" and possibly "beyond expected," while being bullied and harassed by multiple residents. Resident Jaramillo assaulted and touched me without my consent, sexually harassed, called me "bitch" multiple times, and lied that I did not care. I had my computer taken away from me while Steele and Patkar laughed. I initially complimented her residents as "helpful" in my emails to Amanda, but they were not even professional.

89. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "Left early multiple times without notifying the group, despite a verbal and written warning. Claimed she was dismissed early by residence, but unable to corroborate this. and often left rounds or walked away during teaching sessions without notifying anyone or giving reason. Would cease to pay attention, when addressed

directly by an attending on issues regarding her patient." I did not receive a verbal warning and never left early after the written warning via email. Technically, I also did not leave early since I left 30 minutes after Dr. Davis' requested meeting time at 3PM. The residents told me on that very day that I could leave at around 1:30PM and reminded me that I could leave at around 2 PM after lunch and completing my notes. I insisted on waiting past 3 PM and tried to contact Dr. Davis through the online patient portal but could not get a hold of him. I was told multiple times throughout the rotation by the residents "you can leave after you finish your notes." I only left rounds for water or to use the restroom. I was present during every single teaching session, including the ventilator experience with Dr. Davis and the lung physiology teaching sessions with Dr. Lois. I was present and paid attention, *especially* when speaking about my patient. I was very interactive with Dr. Lois' questions during my presentation which Adin Mizer and other residents wanted to answer. No physician voiced any concern except Zee.

90. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by selecting "below expected" for Interpersonal and Communication Skills on my final clerkship evaluation. It states "the student has difficulty communicating effectively with patients and others. They do not or are unable to document appropriately in the medical record." However, I worked for "expected" and possibly "beyond expected."

91. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "Failed to regularly communicate with the team. Inaccurate and incomplete documentation persisted, despite attempts by multiple attendings and residents to address/help. Was argumentative and resistant to feedback. Example: dismissed Resident feedback regarding her note, claiming attendings had approved it untrue." I asked the residents every morning which patients I should see, though speaking to them made me sick to my stomach. Only Dr. Davis reviewed my notes with me for a few days and Jaramillo kept me late during my last 3 days on the rotation to review my notes. In addition to defaming me as argumentative and resistant to feedback, her explanation was false. I changed whatever Davis and Jaramillo said to do immediately. I only stated that Davis had checked my notes.

92. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by selecting "below expected" for Practice Based Learning and Improvement on my final clerkship evaluation. It states "the student does not try to employ evidence based medicine. They do not receive or give feedback in an appropriate manner." However, I worked for "expected" and possibly "beyond expected."

93. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "Did not receive or give feedback in an appropriate manner. Did not incorporate evidence based medicine." I was assaulted daily and had extreme fear of retaliation; I still provided feedback to Resident Jaramillo to stop calling me a bitch and be more specific in his complaints about me. I was open to feedback and let the same resident make changes to my notes and allowed all the residents to harass and bully me daily. My notes proved that I used evidence based medicine. She spent no time with me but failed me with extremely defamatory comments.

94. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by selecting "below expected" for Systems Based Practice on my final clerkship evaluation. It states "there is no consideration of safe, cost-effective care. They struggle to work with others effectively for the benefit of patients." However, I worked for "expected" and possibly "beyond expected."

95. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "multiple accounts of inability to formulate basic treatment plans. Did not seek out any assistance to review with the staff or residents on service. Many sought her out to help her improve through the month without any meaningful improvement." Attending physicians Anas Riehani, Manuel Lois, observed my presentations/notes but did not comment about a lack of meaningful improvement. Steven Davis went over my notes with me and complimented improvement in my presentation and notes over the week. The residents constantly harassed, bullied, assaulted, verbally intimidated, and physically violated my space but had no meaningful impact on my education during this rotation.

96. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by libeling me on my evaluation. She handwrote "this evaluation was made after very careful review of specific feedback, given from multiple providers across the team and verified as accurate by attendings that work directly with the student. There was overwhelming, unanimous concern, regarding a lack of preparedness and professionalism, as well as a pattern of dishonesty and argumentative behavior. This persisted up to the last day of service." Pientka retaliated on my evaluation claiming to have "specific feedback" because I stated on 9/26/24 that I can only work with specific statements and not vague ones like "you don't know ANYTHING, you are NEVER here, etc." Pientka's horrifying residents made every day a living hell for me, and her attendings did not interact much with me. Dr. Davis reviewed my notes for about 4 days and said "your notes are improving, and your presentation was much better today"; Steele grabbed my computer every morning, so I presented my notes from memory and Riehani said "wow you do this without looking!" and acknowledged that the Epic Software format for patient notes was different for students compared to residents and attending physicians; Lois taught physiology to all the residents and never stated any concern for me specifically. Pientka libeled me as dishonest and argumentative.

97. On 10/1/24 at JPS ICU, Attending Physician Amanda Pientka intentionally deceived others regarding my performance on the rotation by writing that I had 5 absences. I took 4 days off (Friday - Monday) my first week. Then Pientka assigned me 1 additional day off. However, according to her resident Jaramillo and JPS Clinical Experience Coordinator Robert Sanchez, Thursday of the last week (9/26/24) would have been my last day. This means that the last Friday-Sunday (9/27/2024-9/29/2024),

were makeup days, which she clearly states in her emails. I completed 3 extra days, so I was truly absent for only 2 days, but she wrote 5 days.

98. During a Zoom meeting on 10/11/2024, David Mason retaliated and intentionally dismissed evidence and wrongfully assigned a failing grade. He said he HAD to put a fail on my transcript but also said he had no idea what my schedule was, how many hours I worked, and was not "aware of what was asked of me on this rotation." He told me to put the Jaramillo's "bitch" incident into my written statement for the student performance committee meeting but refused to address it directly and proceeded with a failure. I explained the toxic work environment and how I completed all my work, but he dismissed it all with "gotcha."

99. During a Zoom meeting on 10/11/2024, Mason harassed and slandered me as someone who failed to "try to grow and learn while on the rotation". He intentionally dismissed evidence that Pientka was never present to observe me, the residents were ill towards me, and that I completed my work and tried to involve the residents who were assaulting me daily. He slandered me as doing the "bare minimum and needed to be a participant and active learner," though I was present, was listening, and did everything.

100. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Dana Blanton and Ryan Seals intentionally dismissed evidence and slandered me. They said my dismissal was based on my 4 days off for the JPS MICU rotation. Seals and Blanton said I was "not cleared to take those days off" and "did not follow up." After I pointed out the school did not send me the "agreed upon terms" with the hospital, and instead I reached out, followed up and did not receive a response, they dismissed the entire conversation as "not the main issue."

101. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals proceeded with wrongful termination and intentionally dismissed evidence of a toxic work environment for me at the JPS MICU, claiming it was a very "thorough evaluation [and they were] not missing some context."

102. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals intentionally dismissed evidence from other clerkships. He targeted my "interpersonal skills", so I requested a review of my other evaluations which he dismissed by stating "it is a comprehensive review." He refused to look at even my repeat Psych and Ob/Gyn rotations at JPS.

103. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals intentionally dismissed evidence and proceeded with wrongful termination. I explained that I did not need to complete the extremely rigorous ICU rotation for an elective and that Mason said that I did not need to repeat a month in the same specialty, but Seals dismissed it as "do you get to continue."

104. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals intentionally dismissed evidence that I worked hard on the JPS MICU rotation. When Galke asked what my responsibility in the failure was, I explained that I actually performed well and Ryan Seals said, "changing the subject." He essentially acknowledged that the truth did not align with his goal of dismissing me.

105. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Curtis Galke intentionally dismissed evidence of a toxic work environment. When I put my lack of complete medical knowledge upon myself and acknowledged that I needed to read during residency, Galke said we all have medical knowledge gaps. He then harassed me saying that I needed "to improve my relationship with residents, attendings".

106. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals intentionally dismissed evidence and put me through extreme mental abuse in this meeting. He questioned my preparedness, knowledge, and taking feedback. I told the truth, and he said my perception was "disconnected" from "other people's perception". He said the SPC would uphold the people who touched my body without consent.

107. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals intentionally dismissed evidence when I stated that I would make a sincere effort to improve but no feedback was given to me on the JPS MICU rotation. He stated that I have "major issues with professionalism" After harassing me to say that I was wrong, my promises to spend more time with the residents were dismissed.

108. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals and Jeremy Joseph harassed me for not doing the recommended non-mandatory Career Readiness and Pathways Program due to "this type of professionalism." On 4/3/2023, Ardry referred me to the Pathways program "if [I'm] comfortable" but on 10/18/24, Seals called it "an obligation" that I did not fulfill.

109. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Ryan Seals admitted to wrongful termination. I asked what I needed to change or do, and he said, "I don't have the answer to that" but proceeded to dismiss me "given the strong recommendation."

110. During my SPC dismissal meeting at UNTHSC MET on 10/18/2024, Jeremy Joseph intimidated me by chasing me to a building across the street after the dismissal meeting. I chose to not wait in the lobby and "connect with him" which Seals offered. Joseph made me very uncomfortable by throwing his arms in the air and shrugging and repeatedly saying "okay so you don't want it?" after I declined speaking about my feelings.

111. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash intimidated me claiming that I was the only student who "has failed that number of elective or clinical rotations. EVER"

112. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash slandered me by saying that remediation has not worked out well for me in the past.

113. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash said that I could not continue in the TCOM curriculum though I completed the entire curriculum besides 1 COMAT.

114. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash claimed the SPC "followed [the] procedures in making the recommendation that [I] be dismissed," though the SPC admitted they were not going to listen to me because they had to trust their partners. Nash simply called the MICU rotation, "the final thing that happened."

115. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash intentionally dismissed evidence that my MICU rotation had no syllabus/schedule from JPS or TCOM but was only an extremely toxic work environment. She dismissed it as "the time for addressing those individual circumstances has passed," even though it was the previous month and the most recent event.

116. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash intentionally dismissed evidence that my call schedule in Ob/Gyn was horrible, and no other student had it. She dismissed it as "past the point of litigating each one of the individual events."

117. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash dismissed evidence that my Y3 Texas Tech rotations were positive experiences with nice attendings and residents proving that my Y4 JPS ICU experience was situational and truly toxic dependent on the people there. She dismissed it with it "is not going to be explained away."

118. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash used mental intimidation, describing my covid infection in July as a behavior that needed to be changed.

119. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash dismissed evidence that I did well in all the other rotations with "You have had multiple opportunities to demonstrate improvement in your ability to perform in the clinical rotations and that just has not happened," dismissing evaluations from rotations I was forced to repeat (Psych and Ob/Gyn). My clerkship evaluations (2 Psych, 1 Pediatrics, 1 Surgery, 1 Dermatology, 1 Ophthalmology, 1 Radiology, 1 OMM, 1 Family Medicine, 1 Internal Medicine) with positive comments and 'above expected' evaluations were available to her, but she dismissed the other evaluations as the multiple opportunities that I did perform well in the clinical rotations.

120. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash dismissed evidence that my Y2 grades could be explained with not only the administrator's actions of throwing out certain questions but also finding the right boards resources for me and possibly the COVID pandemic causing isolation and online learning, and she claimed that "This has just been very difficult for [me]."

121. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash proceeded with wrongful termination when I offered to switch specialties to satisfy her concern that "this pattern of academic difficulty just doesn't support future success." She refused me the opportunity to obtain my doctorate and apply to residency after graduation on my own terms.

122. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash proceeded with wrongful termination without describing what exactly the "substantial changes that would've happened already by now" were.

123. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash dismissed my request to obtain my degree and switch to a specialty that would satisfy her, including the least competitive specialties like family medicine or pathology.

124. At the TCOM Dean's Office on 10/31/2024, TCOM Dean Lisa Nash dismissed evidence that my clinical performance is like that of any other professional medical student by dismissing my petition to complete clerkships in the pavilion under her and other administrators' observation. She insisted I "find a way forward that acknowledges that it's just not going to be TCOM."

125. During Fall 2020, TCOM Advisor and my Dean's letter writer Clifton Cage emailed me "I saw where they re-calculated the test scores and yours dropped some more." I overheard Cage speaking to another student with similar test scores the same semester, and that student finished the academic year and matched into an ultra-competitive specialty. On the other hand, I was forced to repeat Y2. After seeing Cage's emails to Deshan during my Y3 November 2022 encouraging failing me, it became clear that questions thrown out during Y2 were meant to help others but hurt me.

126. During December 2019, TCOM residency counselor Lauren Goodpaster had a pre-residency counseling appointment with me. She avidly discouraged me from my interest in Ophthalmology because a one-year internship in Internal medicine made her "worry for [me]." Lauren urged me to switch to another half surgical half clinical specialty called Obstetrics and Gynecology, the clerkship that TCOM Admin eventually abused and tried to fail me in.

127. During Fall 2020, TCOM professor Meaghan C Nelsen was my grader for the Cranial OMM DOC (Demonstration of Competency). Students usually complete the exam and then receive their evaluation/grade. However, as soon as I placed my hands on my assigned OMM partner's skull, Nelsen immediately clicked red boxes to fail me on every section of the rubric.

128. During Fall 2021, I made multiple attempts to use the Careers in Medicine tool by the Association of American Medical Colleges for a more objective perspective on which specialty might be right for me. Lauren Goodpaster refused to send me the code despite asking multiple times in person and through email and emailing others for help.

129. On 9/25/2023, Melva Landrum told me to submit my residency application close to 9/27/23 as long as I pass and then told me to withdraw upon failing the second attempt at Level 2. This only hurt my chance of getting into residency as I received rejection letters from residency programs who only had access to a failing score.