Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

AUG 7 2025 PM 3:05
FILED-USDC-NDTX-FW

**Defendant No. 1**

- Name: Texas College of Osteopathic Medicine
- Job or Title (if known): Medical School (UNTHSC)
- Street Address: 3500 Camp Bowie Blvd. Medical Education and Training Building
- City and County: Fort Worth, Tarrant County
- State and Zip Code: Texas, 76107
- Telephone Number: (817) 735-2000
- E-mail Address (if known):

**Defendant No. 2**

- Name: John Peter Smith Hospital
- Job or Title (if known): Hospital
- Street Address: 1500 S. Main Street
- City and County: Fort Worth, Tarrant County
- State and Zip Code: Texas, 76104
- Telephone Number: (817) 702-3431
- E-mail Address (if known):

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

469-815-3365