# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____

Plaintiff

v.                                                                                          4:25-cv-806-P-BJ
                                                                                            _____
                                                                                            Civil Action No.

_____

Defendant

**SECOND AMENDED COMPLAINT**

```
┌─────────────────────────────────────────────────────────────┐
│                                                             │
│                                                             │
│                                                             │
│                                                             │
│                                                             │
│                                                             │
│                                                             │
└─────────────────────────────────────────────────────────────┘
```

  *  Attach additional pages as needed.

Date             _____

Signature        _____

Print Name       _____

Address          _____

City, State, Zip _____

Telephone        _____