AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    4:25-cv-00806-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **John Peter Smith Hospital (Registered Agent Dr. Karen Duncan)**
was recieved by me on  **8/05/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Mary Hospital Staff**, who is designated by law to accept service of process on behalf of **John Peter Smith Hospital (Registered Agent Dr. Karen Duncan)** at **1500 S Main St, Fort Worth, TX 76104** on **08/07/2025 at 1:55 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   08/07/2025

_____
*Server's signature*

**Babatope Omojokun**
*Printed name and title*

**1829 River Hills Ct**
**Midlothian, TX 76065**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; COMPLAINT,  to Mary Hospital Staff who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**



Tracking #: **0181211801**

