# RETURN OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here

| Court | |
|---|---|
| **Federal Court**<br>**USDC TX Northern District- Fort Worth Division**<br>**Tarrant County, Texas** | |

| Plaintiff | Cause # |
|---|---|
| **Chintagunta** | **4:25-cv-00806-P** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **John Peter Smith Hospital** | **8/06/2025    8:30 AM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **8/07/2025    12:50 PM** |

| Documents | Service Fee: |
|---|---|
| **SUMMONS IN A CIVIL ACTION; COMPLAINT** | **$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **8/07/2025** at **12:50 PM**: I served **SUMMONS IN A CIVIL ACTION, COMPLAINT** upon **Texas College of Osteopathic Medicine - University of North Texas Health Science Center** by delivering **1** true and correct copy(ies) thereof, with **Texas College of Osteopathic Medicine - University of North Texas Health Science Center, I delivered the documents to Nicole Williams who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 5'8"-5'10" tall and weighing 180-200 lbs.** at **3500 Camp Bowie Blvd, Fort Worth, TX 76107**.

My name is: **Amao Murtala** and my date of birth is **11/19/1967**

My address is: **2435. south Collins, Arlington, TX 76014**, USA.

My process server identification # is: **PSC-25887**. My Certification expires: **2/28/2027**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  Tarrant  county, TX.

_Amao Murtala_
Amao Murtala

08/09/2025
Date Executed

Ref  **tcom-1998**

0180914720

txefile@abclegal.com


Anila Chintagunta
<anilachint01@gmail.com>

Tracking # 0181198435