# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Anila Chintagunta

Plaintiff

v.

John Peter Smith Hospital, Ken Paxton, Lisa Nash, Karen Duncan

University of North Texas Health Science Center - Texas College of Osteopathic Medicine

Defendant

4:25-cv-806-P-BJ

Civil Action No.

## SECOND AMENDED COMPLAINT

Please see attachment for Court's Jurisdiction, Defendant's List, Statement of Claim, and Relief

\* Attach additional pages as needed.

| | |
|---|---|
| Date | August 26th, 2025 |
| Signature | |
| Print Name | Anila Chintagunta |
| Address | 3570 Whitney Drive |
| City, State, Zip | Frisco, Texas, 75034 |
| Telephone | (469) 815-3365 |

## Court Jurisdiction

The basis of United States District Court jurisdiction over this suit is Federal Question: an amendment to the Constitution of the United States.

The basis of Northern District of Texas, Fort Worth Division jurisdiction over this suit is that the 2 defendants that did the actions written in the claim reside in Fort Worth, Texas in Tarrant County.

## Defendants and Statement of Claim

Defendant #1

**Name: University of North Texas Health Science Center - Texas College of Osteopathic Medicine**

Title: Medical School

Street Address: 3500 Camp Bowie Blvd. Medical Education and Training Building

City and County: Fort Worth, Tarrant County

State and Zip Code: Texas, 76107

Telephone Number: (817) 735-2000

1. On 12/18/2020 via Zoom Meeting, UNTHSC-TCOM told me to not use Boards Resources after I said I would use Medical School Boards Resources during my gap year.
2. During Spring 2022 in Fort Worth, UNTHSC-TCOM assigned my core rotations to Midland, TX and made me complete onboarding for Fort Worth Hospitals. My laptop died during my first shelf exam on July 29th, 2022, and kept dying at 37% with the charger plugged in. In September 2022, UNTHSC tech support said I had to replace the battery, and the laptop was out of warranty, and I could not get a loaner laptop.
3. In September 2022 via email, UNTHSC-TCOM said that my laptop was outdated, offered to send a loaner laptop, spoke to tech support, and offered to pay for shipping prices, but in November via email said that I blamed my computer and did not work on my own to solve that problem.
4. In November 2022 via email, UNTHSC-TCOM said that there was something negative in surgery.
5. In November 2022 via email, UNTHSC-TCOM said that I was unprofessional, not showing common sense, and could be failed after one attending called me autistic and inappropriate.
6. During October 2022, UNTHSC-TCOM assigned me to a doctor in Midland who yelled at me in front of patients on my first day for not touching the thigh or stepping on the chair buttons in his preferred order but 3 weeks later said it takes practice.
7. During October 2022, UNTHSC-TCOM put me on call with multiple doctors during the first 3 nights and required I attend clinic during the days, creating a 84-hour shift and made me run around the hospital and clinic multiple times a day.
8. In November 2022 via email, UNTHSC-TCOM said that I was not apologizing for my cough and marked me 1 day absent on my clerkship evaluation after I said that the call schedule exacerbated my asthma.
9. On 11/7/2022 via phone call, UNTHSC-TCOM told me to talk to an attending physician who told me that I have ADHD and issues and would have never helped in a surgery and then recited the conversation in the hallway the next day.

10. On 11/7/2022 via phone call, UNTHSC-TCOM told me to talk to an attending physician who said that the doctors don't talk about me and said he noticed some foot tapping.

11. During Fall 2019, UNTHSC-TCOM said that the Rural Osteopathic Medical Education (ROME) program offered hands-on training like Ob/Gyn deliveries that students in Fort Worth did not participate in and that the doctors were nice, but did not say that I would have an 84-hour shift with required clinic and have no study time during clinic which students in Fort Worth had. Also assigned me to

12. On 3/5/2023 via Zoom, UNTHSC-TCOM said that a laptop malfunction affecting my 1st Psych COMAT attempt and mental distress from UNTHSC-TCOM affecting my 2nd Psych COMAT attempt and my Psych clerkship evaluation were not valid reasons to reconsider remediation.

13. During August 2023, UNTHSC-TCOM made me remediate Ob/Gyn at JPS where I was given a schedule before the rotation, did not do speculums, saw 5 patients a day, had time in the clinic to study, and sat down between patients. During October 2022, I was assigned 4 days of clinic with 3 call nights on the same days, notified randomly through text messages from multiple doctors, interviewed 90 patients, did speculums and breast exams for about 250 patients, stood on my feet for multiple hours a day for 3 weeks and attended 550 patient interviews and was not given time to study during clinic hours.

14. During January 2023, UNTHSC-TCOM assigned me to an attending who said that I do not know anything, called me distracted, said that I do not speak to the staff, called me a loner, told me not to do certain specialties, and then wrote on my evaluation that I was barely at the level of my training and needed improvement with interpersonal skills. UNTHSC-TCOM then said the comments did not look good for my residency application.

15. During February 2023, UNTHSC-TCOM assigned me to a doctor who told me to not write notes during the rotation and in May 2023 said he needed to observe me for more 2 weeks if I wanted a recommendation letter for residency.

16. On 1/24/2023 via Zoom, UNTHSC-TCOM said that the Sexual Assault Office (Title IX) handles racial discrimination and submitting a complaint would protect the school, and required me to complete paperwork and meet with the Title IX office which later said race and color falls outside its jurisdiction.

17. On 3/28/2023 via email, UNTHSC-TCOM said that a malfunctioning laptop and mental distress UNTHSC-TCOM can be reasons for my failures but were not relevant for a meeting concerning my failures.

18. On 4/3/2023 via Zoom, UNTHSC-TCOM said that I was unable to consider that things are different than my original perception.

19. On 4/3/2023 via Zoom, UNTHSC-TCOM said that I needed to think about what's under my control and how I approach the situation when I said my exam failures were caused by specific problems that did not happen during other clerkships.

20. On 4/3/2023 via Zoom, UNTHSC-TCOM said that I was not taking responsibility to reach out to more people and that there can be issues down the road with residency directors, though I did write about the problem in my statement, spoke to the Title IX Compliance Office and appealed my grade with the administration.

21. On 4/3/2023 via Zoom, UNTHSC-TCOM said that I was wrong for not reaching out to more people and they never heard about this situation, after I described myself as isolated. However, emails said UNTHSC-TCOM was deciding my final evaluation and grade.

22. On 4/3/2023 via Zoom, UNTHSC-TCOM said that I needed to consider that things could be done properly and still not end up with the results I want.

23. On 4/3/2023 via Zoom, UNTHSC-TCOM said that they needed to know about this event, so it was my fault, after UNTHSC assigned me to the Ob/Gyn clinic, diagnosed me in emails, and told me to sit in the doctor's offices.

24. On 4/3/2023 via Zoom, UNTHSC-TCOM said that I could join the Pathways program and their website said that it is for students who violated an academic, professional or community standard or needs insight to be a productive member.

25. On 4/3/2023 via Zoom, UNTHSC-TCOM said that the mental distress caused by UNTHSC-TCOM which affected my performance on the exams could be addressed with professional development.

26. On 4/3/2023 via Zoom, UNTHSC-TCOM advised me to stand up for myself if I was feeling disrespected and then said that disability is not a bad word so I was just feeling that others were putting me down.

27. On 6/6/2023 via Zoom, UNTHSC-TCOM said that I was not prepared for Level 2 and that I would not have enough time to study during the summer, said that I did not have time for a gap year, forced me to take my first Level 2, but then approved another request for a gap year on 11/27/2023.

28. At MET on 9/22/2023, UNTHSC-TCOM I requested for a gap year or more time to study for Level 2 in my SPC statement on 9/20/2023, said that I could not have either, forced me to take my 2nd Level 2, but then approved another request for a gap year on 11/27/2023.

29. During July 2023, UNTHSC-TCOM said that their policy is to be upfront with residencies in the Dean's Letter but did not add certain comments from my clerkship evaluations.

30. On 3/13/2024 via email, UNTHSC-TCOM said failure on my 3rd attempt and dismissal were possible when I asked about my Level 2 exam date.

31. On 4/15/2024 via email, UNTHSC-TCOM approved me for the John Peter Smith Hospital Medical Intensive Care Unit (JPS MICU) Rotation and did not send me information regarding the rotation.

32. During September 2024 via email, UNTHSC-TCOM did not inform me about the absence policy after I requested for the MICU Syllabus.

33. During September 2024 via email, UNTHSC-TCOM received my requests for specific dates off but did not tell me that I needed to withdraw from the rotation.

34. On 9/26/2024 via email, UNTHSC-TCOM said that my rotation ended Sunday 9/29/24 after I asked for my end date.

35. On 9/26/2024 via email, UNTHSC-TCOM said that I would not receive credit if I did not show up.

36. On 9/26/2024 via email, UNTHSC-TCOM called me argumentative and unprofessional after I said it was disrespectful to not give me a clear schedule or instructions, but on 4/3/2023 told me to feel empowered in the moment and say something to the supervisor and stand up for myself.

37. On 10/11/2024 via Zoom, UNTHSC-TCOM said I failed the ICU rotation and then asked what my schedule was, how many hours I worked and to just write down the "bitch" incident.

38. On 10/11/2024 via Zoom, UNTHSC-TCOM said I did not try to grow and learn while on the rotation but only did the bare minimum and needed to be a participant and active learner.

39. At MET on 10/18/2024, UNTHSC-TCOM said that I was not cleared to take certain days off and did not follow the terms and then said it was not the main issue after I said I never received the terms.

40. At MET on 10/18/2024, UNTHSC-TCOM said it was a very thorough evaluation and they were not missing some context.

41. At MET on 10/18/2024, UNTHSC-TCOM said that a comprehensive review showed that my interpersonal skills were a problem.

42. At MET on 10/18/2024, UNTHSC-TCOM said that repeating an ICU elective was not required but asked if I should continue.

43. At MET on 10/18/2024, UNTHSC-TCOM questioned how I caused my failure and then told me to change the subject after I said I performed well.

44. At MET on 10/18/2024, UNTHSC-TCOM told me that we all have medical knowledge gaps but I needed to improve my relationship with residents and attendings.

45. At MET on 10/18/2024, UNTHSC-TCOM asked if I was prepared for the rotation and then said that my perception was disconnected from other people's perception.

46. At MET on 10/18/2024, UNTHSC-TCOM said that I have major issues with professionalism.

47. At MET on 10/18/2024, UNTHSC-TCOM said that I did not complete the Career Readiness and Pathways Program, but on 4/3/2023, UNTHSC-TCOM said that if I was comfortable I could do it.

48. At MET on 10/18/2024, UNTHSC told me that they did not have the answer to what I needed to change but was being dismissed given the strong recommendation.

49. At MET on 10/18/2024, UNTHSC-TCOM offered to connect via CARE Team and then questioned if I was refusing speaking about my feelings.

50. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that I was the only student who failed that number of elective or clinical rotations.

51. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that remediation has not worked out well for me in the past.

52. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that I could not continue in the TCOM curriculum.

53. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that my dismissal followed procedure and that the MICU rotation was the final thing that happened.

54. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that the time for addressing my lack of syllabus/schedule from JPS or TCOM has passed.

55. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that my Ob/Gyn call schedule was past the point of litigating.

56. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that my Y4 JPS ICU experience was not going to be explained away with my Y3 Texas Tech rotations.

57. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that my covid infection was a behavior that needed to change.

58. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that I did not demonstrate improvement in my ability to perform in the clinical rotations, though I had numerous clerkship evaluations with positive comments and 'above expected'.

59. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that school was very difficult for me and that Y2 grades could not be explained.

60. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that the pattern of academic difficulties does not support future success when I offered switching specialties.
61. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that there were substantial changes that would've happened by now.
62. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that I could not obtain my degree when I said I would switch to family medicine or pathology.
63. At the Dean's Office on 10/31/2024, UNTHSC-TCOM said that I need to find a way forward without completing clerkships on campus under observation.
64. During Fall 2020, UNTHSC-TCOM told me that they re-calculated the test scores and mine dropped.
65. During December 2019 at MET, UNTHSC-TCOM told me to apply to Obstetrics/Gynecology rather than Ophthalmology.
66. During Fall 2020 at MET, UNTHSC-TCOM graded me on my Cranial OMM DOC before I finished the exam.
67. During Fall 2021 at MET, UNTHSC-TCOM did not send me my code to Careers in Medicine by the Association of American Medical Colleges.
68. On 9/25/2023 via email, UNTHSC-TCOM told me to submit my residency application close to 9/27/23 before I received my boards score and then told me to withdraw my application once I received my score.


Defendant #2
**Name: John Peter Smith Hospital**
Title: Hospital
Street Address: 1500 S Main St.
City and County: Fort Worth, Tarrant County
State and Zip Code: Texas, 76104
Telephone Number: (817) 702-3431

1. During July 2023 at Trinity Springs Pavilion, JPS said that I disrespected a patient for clarifying one answer and then commented on my personality in front of other medical students.
2. During July 2023 at Trinity Springs Pavilion, JPS said that I was making fun of patients while other medical students were in the room.
3. On 9/5/24 in the ICU, JPS told me that I was never there, don't do anything and don't do my work, multiple times every day. JPS only addressed me when I was outnumbered and the smallest person in the room.
4. During September 2024 in the ICU, JPS said that I needed to do my own notes and took the "cow" (moving computer) I was using to review patient charts and write notes.
5. During September 2024 in the ICU, JPS said I should not see a patient who was going to die that day but then kept her for a few more days, when I chose one patient on my own and was reading prior notes.
6. During September 2024 in the ICU, JPS told me to print out the evaluation form but I could not handle my confidential matters like grades and evaluations and on my own.

7. During September 2024 in the ICU, JPS said that I was not finishing my notes after assigning me 2 patients when I had 1 hour before rounds compared to the previous weeks' 2 hours before rounds.

8. During September 2024 in the ICU, JPS called me This Girl, said that I should ask questions and then said that I don't know how to do anything.

9. During September 2024 in the ICU, JPS partially blocked the entrance to the computer lab but slapped the wall when I walked towards the room and increased the doorway obstruction when I tried entering.

10. During September 2024 in the ICU, JPS said that I was never there, did not do anything, and did not do my work. After I said that I was right there and that I did do my notes, JPS continued to say that I was not there and I did not do anything.

11. During September 2024 in the ICU, JPS interrupted my patient presentations to the attending physician.

12. During September 2024 in the ICU, JPS said that I should start working on my notes after I completed everything assigned to me.

13. During September 2024 in the ICU, JPS assigned me patients daily and then said that I did not do enough.

14. During September 2024 in the ICU, JPS said I should not see a patient who was going to die that day but then kept her for a few more days, when I chose one patient on my own.

15. During September 2024 in the ICU, JPS told me to present in the hallway while the attending physician was seeing patients.

16. During September 2024 in the ICU, JPS physically touched my shoulders, wrists, hands, arms, and upper body and tapped my back throughout the month though I physically moved my hands and body away and asked for it to stop.

17. During September 2024 in the ICU, JPS instructed me to walk away from the group and then said that I was walking away from the group and I do not care.

18. During September 2024 in the ICU, JPS said I had COVID and was visiting ICU patients despite the policy for sick students.

19. On 9/24/2024 in the ICU, JPS said that I do not care, had a resting bitch face, and look like I don't care multiple times.

20. On 9/24/2024 in the ICU, JPS said it was okay to finish notes at 11PM, said that the student version of Epic Software (patient notes) was different than the physician's version, and said that I don't finish my notes before rounds.

21. On 9/24/2024 in the ICU, JPS told me that this rotation really hurt me because doctors have years of experience, they will think I don't know some medications, and I don't know anything. JPS was actively teaching physicians who said they use google, but said that I was terrible. JPS addressed my patient notes on 9/27-9/29 after my shifts ended.

22. On 9/25/2024 in the ICU, JPS said I was COVID positive, sick, and needed to put on a mask.

23. On 9/27/2024, 9/28/2024, and 9/29/2024 in the ICU, JPS said I look excited to leave and questioned why I don't stay longer after I completed my assigned shift at 4PM. JPS even said I could leave at 1PM after finishing my notes in the weeks prior.

24. On 9/29/2024 at JPS ICU, JPS asked if I did not know how to write notes when I asked about different styles of notes.

25. On 9/26/2024 at JPS ICU, JPS said that I lied about my last day and asked why.

26. On 9/16/2024 and 9/17/2024 in the ICU, JPS said that I know nothing and explained the same concepts to physicians who told me that not knowing everything is okay and to just go home and read it and look up papers during free time.
27. During September 2024 in the ICU, JPS said I was staying away from the group when I sat down once.
28. During September 2024 in the ICU, JPS did not tell me that absences are unique for this rotation during medical student orientation on 9/3/24, prior to the start of my rotation, or after I emailed on 9/5/2024.
29. During September 2024 in the ICU, JPS waited until 9/11/2024 to give me my schedule and said I would follow the resident schedule until Monday 9/30/24 so I explained students start another rotation on 9/30/2024 and get the weekend off.
30. During September 2024 in the ICU, JPS said that my rotation ended Sunday 9/29/24 after I asked on 9/25/2024.
31. During September 2024 in the ICU, JPS did not respond to me after I said hi multiple times.
32. On 9/26/24 2024 in the Computer Lab, JPS told me leave my stuff in the room so we could talk in the hallway so I did.
33. In a hallway on 9/26/24, JPS said I miscommunicate and I am difficult to work with, when I emailed for the syllabus and schedule.
34. In a hallway on 9/26/24, JPS said that I was never there, never did my work, was late to rounds, and never showed up.
35. In a hallway on 9/26/24, JPS said that it was not interested in checking my EPIC patient notes, hospital badge scanners, and JPS cameras to see if I attended my shifts and completed my assigned tasks.
36. In a hallway on 9/26/24, JPS told me that I could speak to the doctor after rounds to leave once I completed my notes.
37. In a hallway on 9/26/24, JPS said that I left early and that if the chief of critical care leaves early, it looks bad.
38. In a hallway on 9/26/24, JPS said that the additional hours I spent in the ICU did not matter including attending a call day (7PM) instead of the non-call day (4PM) when offered 1 day off.
39. In a hallway on 9/26/24, JPS said that I was arguing, I did not want to listen to anyone, and I was lying when I said that I was called "bitch" multiple times and touched in multiple places.
40. In a hallway on 9/26/24, JPS said that I was not following directions regarding absences and then extended my schedule into my next rotation.
41. In a hallway on 9/26/24, JPS said that I was not there the first week.
42. In a hallway on 9/26/24, JPS said that I was not ready for residency and that my patient notes do not matter.
43. In a hallway on 9/26/24, JPS said that I was never there.
44. In a hallway on 9/26/24, JPS said that I was on call until 7PM and then told me to leave at 4:15 PM.
45. On 10/1/24, JPS told me to do OMM on a patient with constipation and then checked "not observed" on my clerkship evaluation.
46. On 10/1/24, JPS selected below expected for medical knowledge on my clerkship evaluation.
47. On 10/1/24, JPS handwrote comments for medical knowledge on my clerkship evaluation.
48. On 10/1/24, JPS selected below expected for patient care on my clerkship evaluation.
49. On 10/1/24, JPS handwrote comments for patient care on my clerkship evaluation.

50. On 10/1/24, JPS selected below expected for professionalism on my clerkship evaluation.
51. On 10/1/24, JPS handwrote comments for professionalism on my clerkship evaluation.
52. On 10/1/24, JPS selected below expected for Interpersonal and Communication Skills on my clerkship evaluation.
53. On 10/1/24, JPS handwrote comments for Interpersonal and Communication Skills on my clerkship evaluation.
54. On 10/1/24, JPS selected below expected for Practice Based Learning and Improvement on my clerkship evaluation.
55. On 10/1/24, JPS handwrote comments for Practice Based Learning and Improvement on my clerkship evaluation.
56. On 10/1/24, JPS selected below expected for Systems Based Practice on my clerkship evaluation.
57. On 10/1/24, JPS handwrote comments for Systems Based Practice on my clerkship evaluation.
58. On 10/1/24, JPS handwrote comments at the bottom of my clerkship evaluation.
59. On 10/1/24, JPS wrote that I had 5 absences on my clerkship evaluation.

Defendant #3
**Name: Ken Paxton**
Title: Attorney General
Street Address: 300 W. 15th Street
City and County: Austin, Travis County
State and Zip Code: Texas, 78701
Telephone Number: 512-463-2100
Email: ken.paxton@oag.texas.gov

1. Required by Federal Rules of Civil Procedure to follow state's rules which say to serve on the attorney general when suing an institution of higher education.
2. Texas Laws say that discrimination will not be allowed in their institutions of higher education but did not ensure protection from the actions that occurred by the 2 defendants.
3. Texas Government Institutes of Higher Education (e.g. UNTHSC-TCOM) assign students to non-teaching hospital attending physicians but do not hold the physicians accountable for their actions. I was told by UNTHSC-TCOM that they could not do anything about the Ob/Gyn physicians because they were not faculty in the institution, and I was told to write about being touched and being called a bitch, by a male resident at a teaching hospital and was assigned a failing grade for the rotation.

Defendant #4
**Name: Lisa Nash**
Title: Dean of the University of North Texas Health Science Center – Texas College of Osteopathic Medicine
Street Address: 3500 Camp Bowie Blvd. Medical Education and Training Building 320F (TCOM Dean's Suite)

City and County: Fort Worth, Tarrant County
State and Zip Code: Texas, 76107
Telephone Number: (817) 735-2000
Email: Lisa.Nash@unthsc.edu

1. Required by Federal Rules of Civil Procedure to follow state's rules which say to serve on a representative of the agency when suing an institution created by the government.

Defendant #5
**Name: Karen Duncan**
Title: CEO of John Peter Smith Hospital
Street Address: 1500 S Main St.
City and County: Fort Worth, Tarrant County
State and Zip Code: Texas, 76104
Telephone Number: (817) 702-1618
Email: KDuncan03@jpshealth.org

1. Required by Federal Rules of Civil Procedure to follow state's rules which say to serve on a representative of the agency when suing an institution created by the government.

## **Relief Demanded**

I am seeking a relief of $317,000,000 for Personal Injury. For each claim, I am requesting $1,000,000 for mental distress and $1,000,000 for the loss of 6 years as a young woman, as well as lost wages of $63,000,000 for a specialized surgeon in a specific area of the United States of America.

I am seeking a relief of $381,000,000 for Punitive Damages. For each claim, I am seeking $1,000,000 for the discrimination I endured based on my protected characteristics which made medical school difficult to progress in, Intentional Malicious Actions towards me that caused me to lose my spot in medical school (Retaliation, Discrimination, Defamation, Harassment, Assault, Sexual Assault, Sexual Harassment, Fraud/Misrepresentation, Tortious Interference), and for being treated as less than students considered as Diversity, Equity, Inclusion (no MCAT required for admission; child of prior illegal immigrants; Muslims; apparently, a student used illegal substances which UNTHSC-TCOM was aware of).