IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANILA CHINTAGUNTA, § <br> § <br> Plaintiff, § <br> v. §     CIVIL NO. 4:25-CV-00806 <br> § <br> JOHN PETER SMITH HOSPITAL, § <br> ET AL. § <br> Defendants. § | |

### DEFENDANT TARRANT COUNTY HOSPITAL DISTRICT D/B/A JOHN PETER SMITH HOSPITAL AND DR. KAREN DUNCAN'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE JEFFREY L. CURETON:

Pursuant to Rule 7.4, Local Rules of the District Courts for the Northern District of Texas, the undersigned counsel, on behalf of Defendants Tarrant County Hospital District d/b/a John Peter Smith Hospital and Dr. Karen Duncan, hereby certifies that the following are or may be interested persons for purposes of this proceeding:

1. Anila Chintagunta,

2. Dr. Karen Duncan,

3. Texas College of Osteopathic Medicine, and

4. Tarrant County Hospital District d/b/a John Peter Smith Hospital

                                                                                       Respectfully submitted,

                                                                                       */s/ Roel J. Fabela*
                                                                                       **ROEL J. "JOEY" FABELA**
                                                                                       Assistant Criminal District Attorney
                                                                                       State Bar No. 24069691

PHIL SORRELLS
CRIMINAL DISTRICT ATTORNEY
TARRANT COUNTY, TEXAS

1350 S. Main Street, Suite 1350
Fort Worth, Texas 76104
817-321-4841 – Telephone
817-850-2327 – Facsimile
E-Mail: rjfabela@tarrantcountytx.gov

**ATTORNEY FOR DEFENDANT**
**DEFENDANT TARRANT**
**COUNTY HOSPITAL DISTRICT D/B/A JPS**
**HEALTH NETWORK**

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above and foregoing document was served upon all parties in this suit in accordance with the provisions of Rule 5, FED. R. CIV. P., on September 8th, 2025.

| | |
|---|---|
| Anila Chintagunta | *Via Certified Mail, First-Class Mail and E-mail* |
| 2106 Meadow Parkway North | chintaguntaanila@gmail.com |
| 3570 Whitney Drive | |
| Frisco, TX 75034 | |
| 469-815-3365 | |
| Email: chintaguntaanila@gmail.com | |

    */s/ Roel J. Fabela*
    **ROEL J. "JOEY" FABELA**