IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ANILA CHINTAGUNTA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 4:25-CV-00806 |
| | § | |
| JOHN PETER SMITH HOSPITAL, | § | |
| ET AL. | § | |
| Defendants. | § | |

**DEFENDANTS TARRANT COUNTY HOSPITAL DISTRICT D/B/A JOHN PETER SMITH HOSPITAL AND DR. KAREN DUNCAN'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

## I. Arguments in Reply

**A.    Summary of Relief Requested.**

Plaintiff's lawsuit asserting constitutional violations against the JPS Defendants should be dismissed because Plaintiff has not properly alleged factual allegations showing that the JPS Defendants violated her constitutional rights. Nor has Plaintiff pled the required *Monell* elements against JPS.

**B.    Plaintiff admits that she has not alleged any claims against Dr. Karen Duncan.**

Plaintiff, who is pro se, is under the mistaken belief that Dr. Duncan must be a named defendant in order to properly serve JPS because Dr. Duncan is the registered agent of JPS. *See* ECF No. 19 at p. 3 - 4 ("This was the purpose of including Karen Duncan."). Because Plaintiff failed to plead factual allegations against Dr. Duncan that would allow the court to draw a reasonable inference that she is liable for any misconduct, Dr. Duncan should be dismissed from this case. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

**C.  Plaintiff has not properly alleged a § 1983 claim against JPS.**

Plaintiff acknowledged in her Response that she is not asserting state law causes of actions against the defendants. *See* ECF No. 19 at p. 3 ("I am not pleading under state law."). Thus, her only claims she's asserting are her alleged constitutional violation claims, i.e., a § 1983 claim. Plaintiff alleges in her Response that her Second Amended Complaint "outlines actions done to me that violate my constitutional rights which involve federal questions . . ." ECF No. 19 at p. 2. Yet, like in her Second Amended Complaint, Plaintiff does not articulate or describe in what way JPS violated her "constitutional rights." Plaintiff does not identify what specific constitutional right was violated or what specific constitutional amendment JPS allegedly violated.

Equally fatal to Plaintiff's § 1983 claim, is that Plaintiff failed to municipal liability claim under *Monell*, which Plaintiff essentially acknowledged in her Response. *See* ECF No. 19 at p. 3. Plaintiff apparently takes the position that this is not required because "Monell is not mentioned in [the Federal Rules of Civil Procedure or the Local Rules]. *See id.* As set forth in JPS Defendants' Motion to Dismiss, a local government, such as JPS, cannot be held liable merely because its employees allegedly violated the Constitution. *See Piotrowski v. City of Houston*, 237 F.3d 567, 578 (5th Cir. 2001). Rather, proof of municipal liability requires "(1) an official policy (or custom), of which (2) a policy maker can be charged with actual or constructive knowledge, and (3) a constitutional violation whose 'moving force' is that policy (or custom)." *Pineda v. City of Houston*, 291 F.3d 325, 328 (5th Cir. 2002). Each of these elements is critical to a successful claim. *Piotrowski*, 237 F.3d at 578. Because Plaintiff has failed to plead these required elements, Plaintiff's constitutional claims against JPS should be dismissed.

## II.   CONCLUSION

For the foregoing reasons, Plaintiff is not entitled to relief or recovery, and all claims to the Tarrant County Hospital District d/b/a John Peter Smith Hospital and Dr. Karen Duncan should be dismissed.

          Respectfully submitted,

          */s/ Roel J. Fabela*
          **ROEL J. "JOEY" FABELA**
          Assistant Criminal District Attorney
          State Bar No. 24069691

          PHIL SORRELLS
          CRIMINAL DISTRICT ATTORNEY
          TARRANT COUNTY, TEXAS

          1350 S. Main Street, Suite 1350
          Fort Worth, Texas 76104
          817-321-4841 – Telephone
          817-850-2327 – Facsimile
          E-Mail: rjfabela@tarrantcountytx.gov

          **ATTORNEY FOR DEFENDANT**
          **DEFENDANT TARRANT COUNTY HOSPITAL DISTRICT D/B/A JPS HEALTH NETWORK**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing document was served upon all parties in this suit in accordance with the provisions of Rule 5, FED. R. CIV. P., on October 1, 2025.

| | |
|---|---|
| Anila Chintagunta<br>3570 Whitney Drive<br>Frisco, TX 75034<br>469-815-3365 | *Via Certified Mail, First-Class Mail and E-mail*<br>Email: chintaguntaanila@gmail.com |

          */s/ Roel J. Fabela*
          **ROEL J. "JOEY" FABELA**