AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   4:25-cv-00806-P-BJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **University of North Texas Health Science Center - Texas College of Osteopathic Medicine**
was recieved by me on  **9/10/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Steven M**, who is designated by law to accept service of process on behalf of **University of North Texas Health Science Center - Texas College of Osteopathic Medicine** at **3500 Camp Bowie Blvd, Fort Worth, TX 76107** on **09/11/2025 at 12:33 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   09/11/2025

_____
*Server's signature*

**Atinuke Folaranmi**
*Printed name and title*

**2226 Alta Canada Ln
720
Fort Worth, TX 76177**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; SECIND AMENDED COMPLAINT,  to Steven M who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent and a beard.**



Tracking #: **0185938016**

