# RETURN OF SERVICE

Notice: This document contains sensitive data

Court Stamp Here

| | |
|---|---|
| Court | **District Court**<br>**Clerk of the District Court of Henderson County, Texas**<br>**Henderson County, Texas** |

| Plaintiff | Cause # |
|---|---|
| **Anila Chintagunta** | **4:25-cv-00806-P-BJ** |

| Defendant(s) | Came to Hand Date/Time |
|---|---|
| **John Peter Smith Hospital; ET AL** | **9/11/2025    9:18 AM** |

| Manner of Service | Service Date/Time |
|---|---|
| **Personal** | **9/11/2025    1:45 PM** |

| Documents | Service Fee: |
|---|---|
| **SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT** | **$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **9/11/2025** at **1:45 PM**: I served **SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT** upon **John Peter Smith Hospital (Registered Agent Dr. Karen Duncan) c/o (Registered Agent Dr. Karen Duncan), Registered Agent** by delivering **1** true and correct copy(ies) thereof, with **John Peter Smith Hospital (Registered Agent Dr. Karen Duncan) c/o (Registered Agent Dr. Karen Duncan), Registered Agent, I delivered the documents to (Registered Agent Dr. Karen Duncan), Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 55-65 years of age and weighing 180-200 lbs.** at **1500 S Main St, Fort Worth, TX 76104**.

My name is: **Fidelia Idowu** and my date of birth is **06/01/1985**

My address is: **3921 Royal Crest Drive, Fort Worth, TX 76140**, USA.

My process server identification # is: **PSC-26727**. My Certification expires: **7/31/2027**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in  Tarrant  county, TX.

_____
Fidelia Idowu

09/12/2025
Date Executed

Ref  JPS_SAC

0185799363

txefile@abclegal.com



Anila Chintagunta <anilachint01@gmail.com>

Tracking # 0185955167

