Civil Action No.   4:25-cv-00806-P-BJ

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Karen Duncan**
was recieved by me on **9/15/2025:**

- [X] I personally served the summons on the individual at **1500 S Main St, Fort Worth, TX 76104** on **09/16/2025 at 11:50 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   09/17/2025

_____
*Server's signature*

**Fidelia Idowu**
*Printed name and title*

**3921 Royal Crest Drive**
**Fort Worth, TX 76140**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT, to Karen Duncan with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact.**





Tracking #: **0186559887**