AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    4:25-cv-00806-P-BJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Ken Paxton**
was recieved by me on  **9/10/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **Disallowed** after attempting service at **300 W 15th St, Austin, TX 78701**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  09/12/2025

*Server's signature*

**Andrew Swatzell**
*Printed name and title*

**1108 LAVACA ST.
STE 110 - 549
AUSTIN, TX 78701**

*Server's address*

Additional information regarding attempted service, etc:

**9/11/2025 3:59 PM: I spoke with an individual who identified themselves as the front desk officers and they stated service not permitted.  All documents for the attorney general need to go to 209 W 14th St, Austin, TX 78701. No one here can accept**




Tracking #: **0186104679**