AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        **4:25-cv-00806-P-BJ**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Ken Paxton**
was recieved by me on  **9/15/2025:**

☐     I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Jordan Eskew**, a person of suitable age
and discretion who resides at **209 West 14th Street 8th Floor, Austin, TX 78701**, on **09/16/2025 at 4:00 PM**, and
mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   09/22/2025

_____
*Server's signature*

**Kelly Murski**
*Printed name and title*

**3575 Far West Blvd - UPS - Signture is required
Unit #27011
Austin, TX 78755**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT,  to Jordan Eskew who
identified themselves as the authorized person to receive, co-resident with identity confirmed by subject stating their
name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female
contact 25-35 years of age, 5'-5'4" tall and weighing 80-120 lbs.**



Tracking #: **0187417908**