AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **4:25-cv-00806-P-BJ**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Lisa Nash**
was recieved by me on **10/03/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **Joanna Mcferrin**, a person of suitable age and discretion who resides at **1000 Montgomery St Medical Education and Training Building (MET) 320F TCOM Dean Suite, Fort Worth, TX 76107**, on **10/07/2025 at 1:15 PM**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  10/07/2025

_____
*Server's signature*

**Judith Beveza**
*Printed name and title*

**1437 Tall Pine Way
Fort worth, TX 76112**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; SECOND AMENDED COMPLAINT, to Joanna Mcferrin who identified themselves as the subject's secretary, with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 25-35 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**




Tracking #: **0189712971**