IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION
TO THE HONORABLE JUDGE JEFFREY L. CURETON:

| | |
|---|---|
| ANILA CHINTAGUNTA, <br><br> Plaintiff <br><br> v. <br><br> JOHN PETER SMITH HOSPITAL, ET AL. <br><br> Defendants | CIVIL NO. 4:25-CV-00806 |

**Plaintiff Anila Chintagunta's Opposition to Defendant's Motion to Dismiss**

TO THE HONORABLE JUDGE JEFFREY L. CURETON:

I, Plaintiff Anila Chintagunta, oppose the *Motion to Dismiss* filed by Defendants University of North Texas Health Science Center – Texas College of Osteopathic Medicine ("UNTHSC-TCOM"), Ken Paxton, and Lisa Nash (Document 18). I hereby request the United States Federal District Court for the Northern District of Texas to continue my case (Case 4:25-cv-00806-P-BJ).

**Answer to Document 18, Part I:**

1. My Second Amended Complaint (Document 14) does not make any legal conclusions in accordance with the Federal Rules of Civil Procedure (FROCP) and the Judge's Order (Document 11). All statements in my complaint are facts. The defendants do not specifically state which number in the claim they think is not a federal question but they address relief, so the latter is what they are trying to prevent.

2. The defendants may not want to stand trial, but the actions I was injured by are listed in my Statement of Claim (Document 14). Since all my statements are federal questions, they do have standing in federal court.

3. I followed the FRoCP for my defendant's list. Document 18 states that I did "not allege any acts by [Defendant] … Nash whatsoever"; however, she is the Dean of UNTHSC-TCOM and was directly involved in claims #50-63 (Document 14) that literally begin with "At the Dean's Office on 10/31/2024." This lie captures how desperate they are to escape trial.

4. Defendants contradict themselves in the same section (Part I) by stating that it is possible for the actions I wrote about in my Second Amended Complaint to "have caused cognizable injury."

5. In summary, the defendants may be upset with the FRoCP but should not have a problem defending themselves in court after I present evidence of my claims and my legal arguments concerning my rights as a U.S. citizen.

**Answer to Document 18, Part II (A):**

1. My Second Amended Complaint's Statement of Claim shows that the defendant's violated my constitutional rights, making my suit a federal question and admissible to federal court.

**Answer to Document 18, Part II (B):**

1. My Second Amended Complaint's Statement of Claim contains only facts.

**Answer to Document 18, Part III (A) Section 1:**

1. My Second Amended Complaint's Statement of Claim shows that the defendant's violated my constitutional rights, making my suit a federal question and admissible to federal court.
2. If Texas is one of the 50 states of the United States of America, then it is below the authority of the federal government.

**Answer to Document 18, Part III (A) Section 2:**

1. My Second Amended Complaint's Statement of Claim shows that the defendant's violated my constitutional rights, making my suit a federal question and admissible to federal court. The injuries are traceable to the defendants.

**Answer to Document 18, Part III (B):**

1. Once again, no legal arguments were made to comply with the FRoCP and the Judge's Order (Document 11).

2. Defendants try to dismiss my case based on my "attitude," like the allegations formed for my dismissal.

3. I do "plead [many] factual allegations that would allow the court to draw a reasonable inference of liability for misconduct against … Nash."

4. All claims are valid reasons for relief, and my suit should not be dismissed from federal court.

**Answer to Document 18, Part IV:**

1. The defendants freely committed the acts written in my Statement of Claim (Document 14) but had to hire attorneys to request for dismissal of the case. I request the Honorable Judge to help the defendants make use of these attorneys and their fees by making them explain/defend the defendants' actions. I request the Honorable Judge to not dismiss my case so that I may present evidence of the acts committed against me in court and be compensated for my injuries.

Sincerely,

SIGNED October 9th, 2025.

Anila Chintagunta, Plaintiff

PRO SE

3570 Whitney Drive

Frisco, TX, 75034

469-815-3365

chintaguntaanila@gmail.com